UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

CIV - DIMITROULEAS

F & G RESEARCH, INC.,

    Plaintiff,

vs.

/TORRES

GOOGLE INC.,

    Defendant.

## SUMMONS IN CIVIL CASE

TO:    GOOGLE INC.
**By serving the Registered Agent**
Corporation Service Company d/b/a CSC – Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA 95852-6036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    Allen D. Brufsky, Esq.
    Alan M. Weisberg, Esq.
    Joseph R. Englander, Esq.
    CHRISTOPHER & WEISBERG, P.A.
    200 East Las Olas Blvd. Suite #2040
    Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____    06/22/06
CLERK                                                   DATE

_____
(BY) DEPUTY CLERK

56450