UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60905-CIV-DIMITROULEAS

F & G RESEARCH, INC.

Magistrate Judge Torres

    Plaintiff,

vs.

GOOGLE, INC.,

    Defendant.

_____/

FILED by _____ D.C.
JUN 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00(C) and subject to consent given below, it is:

**ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of <u>The Hon. Cecilia M. Altonaga</u> for all further proceedings.

**DATED** in Chambers at Fort Lauderdale, Florida, this ___ day of June, 2006.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 06-60905-CIV-ALTONAGA, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 28 day of June, 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Hon. Cecilia M. Altonaga
Hon. William P. Dimitrouleas
Lucy Lara, Clerk's office (Mia.)
Allen D. Brufsky, Esq.