UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,
vs.

GOOGLE INC.,

    Defendant.
_____/



## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, on or before **August 2, 2006**. In addition, on or before **August 2, 2006**, the parties, including governmental parties, shall file Certificates of Interested Parties and Corporate Disclosure Statements, which shall contain a complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of this action, the parties shall be under a continuing obligation to amend, correct and update the Certificates.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this _11_ day of July, 2006.

                                                      CECILIA M. ALTONAGA
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff
Counsel of record

---

[1] The parties are not to include Judge Altonaga or Magistrate Judge Turnoff as interested parties, unless they have an interest in the litigation.