UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

      Plaintiff,

vs.

GOOGLE INC.,

      Defendant.



FILED by _____ D.C.
JUL 11 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR
ENLARGEMENT OF TIME FOR DEFENDANT GOOGLE INC
TO ANSWER OR RESPOND TO THE COMPLAINT**

**THIS CAUSE** came before the Court upon Plaintiff's Agreed Motion for Enlargement of Time for Defendant Google Inc. to Answer or Respond to the Complaint filed on June 22, 2006. The Court having reviewed the motion and being otherwise advised in the premises, it is,

**ORDERED** that said Motion is **GRANTED**. Defendant Google Inc. has up to and including August 18, 2006, to serve an answer or other response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11, day of July, 2006.

                                  CECILIA M. ALTONAGA
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record

1