FILED by DJ D.C.
ELECTRONIC

Jul 11 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

      Plaintiff,

vs.

GOOGLE INC.,

      Defendant.

**PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT GOOGLE INC TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

      Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure and Rule 7.1.A.1(j), Local Rules of the Southern District of Florida, hereby petitions this Court for an enlargement of time for Defendant Google Inc. ("Google") to serve an answer or other response to the Complaint filed in this action, and in support state as follows:

      1.    On or about June 28, 2006, Plaintiff served the Summons and a copy of the Complaint on Google.  Accordingly, Google is required to serve an answer or other response to the Complaint no later than July 18, 2006.

      2.    Google seeks this necessary enlargement of time to review the patent-in-suit and investigate the allegations raised to effectively answer or otherwise respond to the Complaint.

1

2

3. The undersigned counsel certifies that Defendant has no objections to the remedies sought and that an enlargement of thirty (30) days is necessary to afford Defendant an opportunity to effectively and substantially respond to the allegations raised against it.

WHEREFORE, Plaintiff prays this Court grant this motion allowing Defendant, Google up to and including August 18, 2006, to serve an answer or other response to the Complaint.

Dated: July 11, 2006       Respectfully Submitted,
Fort Lauderdale, Florida

/s/ Allen D. Brufsky
Allen D. Brufsky, Esq.
Florida Bar Number 133980
abrufsky@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for F & G Research, Inc.*

2

3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion is being deposited with the United States Postal Service in First Class postage-paid envelopes this 11th, day of July, 2006, addressed to:

Michelle Lee, Esq.
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, California 94043

      /s/ Allen D. Brufsky
      Allen D. Brufsky, Esq.

57728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR
ENLARGEMENT OF TIME FOR DEFENDANT GOOGLE INC
TO ANSWER OR RESPOND TO THE COMPLAINT**

**THIS CAUSE** came before the Court upon Plaintiff's Agreed Motion for Enlargement of Time for Defendant Google Inc. to Answer or Respond to the Complaint filed on June 22, 2006. The Court having reviewed the motion and being otherwise advised in the premises, it is,

**ORDERED** that said Motion is **GRANTED**. Defendant Google Inc. has up to and including August 18, 2006, to serve an answer or other response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___, day of July, 2006.

                                                    CECILIA M. ALTONAGA
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record

1