FILED by **DJ** D.C.
ELECTRONIC

Jul 26 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

### PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT

Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure and Rule 7.1.A.1, Local Rules of the Southern District of Florida, hereby petitions this Court for an enlargement of six (6) weeks for the parties to file the joint scheduling report no later than September 13, 2006, and in support states as follows:

1.    The parties are currently required to prepare and file a joint scheduling report as required by Local Rule 16.1, on or before August 2, 2006.

2.    The Amended Complaint was filed and served on July 6, 2006, and Google is required to respond no later than July 26, 2006.

3.    However, Plaintiff filed an agreed motion for enlargement for Google to respond to the Amended Complaint by August 26, 2006, which is currently pending before this Court.

1

2

4.     Google has not made an appearance in this action and does not foresee making an appearance before August 2, 2006, should the Court grant the agreed motion for enlargement to answer by August 26, 2006.

5.     Accordingly, Plaintiff hereby requests this Court grant an enlargement of time for the parties to file the joint scheduling report no later than September 13, 2006, which the parties feel will give them ample time to effectively plan a proposed scheduling report after Google's response the Amended Complaint.

6.     The undersigned counsel certifies that Google is in agreement with the remedies being sought and that this motion is made in good faith and not as a dilatory tactic.

WHEREFORE, Plaintiff prays this Court grant the instant motion.

Dated:  July 26, 2006                                   Respectfully Submitted,
        Fort Lauderdale, Florida

                                                        /s/ Allen D. Brufsky
                                                        Allen D. Brufsky, Esq.
                                                        Florida Bar Number 133980
                                                        abrufsky@cwiplaw.com
                                                        CHRISTOPHER & WEISBERG, P.A.
                                                        200 East Las Olas Boulevard, Suite 2040
                                                        Fort Lauderdale, Florida 33301
                                                        Telephone: (954) 828-1488
                                                        Facsimile: (954) 828-9122
                                                        *Attorneys for Plaintiff, F & G Research, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing **PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT** is being deposited with the United States Postal Service in First Class postage-paid envelopes this 26th, day of July, 2006, addressed to:

Michelle Lee, Esq.
Catherine Lacavera, Esq.
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, California 94043

/s/ Allen D. Brufsky
Allen D. Brufsky, Esq.

58493

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT**

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement to File the Joint Scheduling Report filed on July 26, 2006, and the Court being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The parties shall file the Joint Scheduling Report as required by Local Rule 16.1, on or before September 13, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of July, 2006.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record

1