FILED by DJ D.C.
ELECTRONIC
Jul 25 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure and Rule 7.1.A.1(j), Local Rules of the Southern District of Florida, petitions this Court for an enlargement of time for Defendant Google Inc. ("Google") to serve an answer or other response to the Amended Complaint filed and served on July 6, 2006, and in support state as follows:

1. This Court entered an order (DE #6) granting Plaintiff's Agreed Motion for Enlargement of Time for Defendant Google to file an answer of other response to the Complaint, giving Google up to and including August 18, 2006 to answer or otherwise respond.

2. The parties respectfully request that this Court consider the deadline of August 18, 2006 to be moot, because Plaintiff has since filed and served an Amended Complaint, to which Google is required to answer or respond on or before July 26, 2006.

1

2

3. Additionally, the parties are requesting a one-month enlargement of time to respond the Amended Complaint, as they are in discussion regarding the alleged infringement and therefore, requests that this Court grant an additional time of one (1) month, allowing Google to answer or otherwise respond to the Amended Complaint on or before August 26, 2006.

4. The undersigned counsel certifies that Defendant has agreed to the remedies sought, that this motion is made in good faith and not as a dilatory tactic, and that an enlargement of thirty (30) days is necessary to afford Defendant an opportunity to effectively and substantively respond to the allegations raised against it.

WHEREFORE, Plaintiff prays this Court grant the instant motion.

Dated: July 25, 2006　　　　　　　　　　　　　Respectfully Submitted,
　　　　　Fort Lauderdale, Florida

　　　　　　　　　　　　　　　　　　　　　　　/s/ Allen D. Brufsky
　　　　　　　　　　　　　　　　　　　　　　　Allen D. Brufsky, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number 133980
　　　　　　　　　　　　　　　　　　　　　　　abrufsky@cwiplaw.com
　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER & WEISBERG, P.A.
　　　　　　　　　　　　　　　　　　　　　　　200 East Las Olas Boulevard, Suite 2040
　　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (954) 828-1488
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (954) 828-9122
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, F & G Research, Inc.*

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing motion is being deposited with the United States Postal Service in First Class postage-paid envelopes this 25th, day of July, 2006, addressed to:

Michelle Lee, Esq.
Catherine Lacavera, Esq.
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, California 94043

                                                    /s/ Allen D. Brufsky
                                                    Allen D. Brufsky, Esq.

58350

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement of Time for Defendant to Answer or Otherwise Respond to the Amended Complaint filed on July 25, 2006, and the Court being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. Defendant Google shall serve an answer or other response to the Amended Complaint on or before August 26, 2006. The deadline of August 18, 2006 for Google to serve an answer to the Complaint is hereby MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of July, 2006.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement of Time for Defendant to Answer or Otherwise Respond to the Amended Complaint filed on July 25, 2006, and the Court being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. Defendant Google shall serve an answer or other response to the Amended Complaint on or before August 26, 2006. The deadline of August 18, 2006 for Google to serve an answer to the Complaint is hereby MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of July, 2006.

                                            CECILIA M. ALTONAGA
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record