UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.



### ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement of Time for Defendant to Answer or Otherwise Respond to the Amended Complaint filed on July 25, 2006, and the Court being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. Defendant Google shall serve an answer or other response to the Amended Complaint on or before August 26, 2006. The deadline of August 18, 2006 for Google to serve an answer to the Complaint is hereby MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of July, 2006.

                              CECILIA M. ALTONAGA
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record

