| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address). | FOR COURT USE ONLY |
|---|---|
| Allen D. Brufsky, Esq<br>Christopher & Weisberg, P.A.<br>200 East Las Olas Boulevard, Suite 2040<br><br>Telephone: 954 828-1488  Fax: 954 828-9122<br>Attorney for: Plaintiff F&G Research, Inc. | |
| Insert name of court and name of judicial district branch court, if any.<br>United States District Court - Southern District of Florida | |

| SHORT TITLE OF CASE | |
|---|---|
| F&G Research, Inc. v. GOOGLE INC. | |
| PROOF OF SERVICE - SUMMONS | CASE NUMBER<br>06-60905 CIV-ALTONAGA |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET

2. a. Party served: Google, Inc.
   b. Person served: ☐ party in item 2a ☒ other: CSC-Lawyers Incorporating Service, Registered Agent by serving Becky DeGeorge, authorized to accept service
   c. Address: ☐ residence ☒ business 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833
   d. Date: 06/28/06
   e. Time: 2:35 ☐ a.m. ☒ p.m.

3. Manner of service:

   ☒ **Personal Service** By personally delivering copies to the person served.

4. Fee for service:

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _Jim Wardlow_   Date: July 6, 2006
Jim Wardlow ~ Independent Contractor ~ Registered Process Server ~ Sacramento County PSC #87-010

---

AMBASSADOR SERVICES ~ 1905 East 17th Street, Suite 107, Santa Ana, California 92705  714/647-0478
Registered California Process Server ~ Orange County #PSC-332
Registered California Professional Photocopier Orange County #PP023

FORM ADOPTED BY RULE 982 JUDICIAL COUNCIL OF CALIFORNIA 982(a)(23) (NEW JULY 1, 1987)

PROOF OF SERVICE - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

F & G RESEARCH, INC.,

   Plaintiff,

vs.

GOOGLE INC.,

   Defendant.

/ TORRES

## SUMMONS IN CIVIL CASE

TO: GOOGLE INC.
   **By serving the Registered Agent**
   Corporation Service Company d/b/a CSC – Lawyers Incorporating Service
   P.O. Box 526036
   Sacramento, CA 95852-6036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

   Allen D. Brufsky, Esq.
   Alan M. Weisberg, Esq.
   Joseph R. Englander, Esq.
   CHRISTOPHER & WEISBERG, P.A.
   200 East Las Olas Blvd. Suite #2040
   Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                DATE

_____
(BY) DEPUTY CLERK

56450