UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.



### ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement to File the Joint Scheduling Report filed on July 26, 2006, and the Court being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The parties shall file the Joint Scheduling Report as required by Local Rule 16.1, on or before September 13, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2, day of August, 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record