FILED by _____ D.C.
ELECTRONIC

**Aug 2 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

## PLAINTIFF F & G RESEARCH INC.'S CERTIFICATE OF
## INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENTS

Plaintiff, F & G Research, Inc. ("F&G"), pursuant to this Court's July 11, 2006 Order, files this Certificate of Interested Parties and Corporate Disclosure Statements and states that the following persons, associated persons, firms, partnerships or corporations have a financial interest in the outcome if this case:

1.     F & G Research, Inc.

2.     Federico Gilligan

3.     Fernando Falcon

1

13/rb

Dockets.Justia.com

Dated:  August 2, 2006                     Respectfully submitted,
      Fort Lauderdale, Florida

                                        /s/ Allen D. Brufsky
                                        Allen D. Brufsky, Esq.
                                        Florida Bar Number 133980
                                        abrufsky@cwiplaw.com
                                        CHRISTOPHER & WEISBERG, P.A.
                                        200 East Las Olas Boulevard, Suite 2040
                                        Fort Lauderdale, Florida 33301
                                        Telephone: (954) 828-1488
                                        Facsimile: (954) 828-9122
                                        *Attorneys for Plaintiff, F & G Research Inc.*

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENTS,** is being deposited with the United States Postal Service in First Class postage-paid envelopes this  2nd , day of August, 2006, addressed to:

Michelle Lee, Esq.
Catherine Lacavera, Esq.
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, California 94043
*Attorneys for Google Inc.*

                                        /s/ Allen D. Brufsky
                                        Allen D. Brufsky, Esquire

59149