# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.,**

      Plaintiff,

vs.

**GOOGLE INC.,**

      Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

The Order of July 11, 2006 (D.E. 5) required the parties to file a Scheduling Report and Certificates of Interested Parties.  To date, Defendant has failed to file Certificates of Interested Persons and Corporate Disclosure Statements containing a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the party.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant shall comply with the Order Requiring the filing of Certificates of Interested Parties by **August 21, 2006** or show cause in writing why sanctions should not be imposed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of August, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
       Counsel of record