FILED by _____ D.C.
ELECTRONIC

**Aug 21 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

F & G RESEARCH, INC.,           Case No.:  06-60905-CIV-ALTONAGA/Turnoff

      Plaintiff,

v.

GOOGLE, INC.,

      Defendant.

_____/

## DEFENDANT GOOGLE, INC.'S CERTIFICATE OF
## INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant Google, Inc., by and through its counsel, Feldman Gale, P.A., and pursuant to this Court's Order of August 11, 2006, files this Certificate of Interested Parties and Corporate Disclosure Statement and states that Google, Inc. has a financial interest in the outcome of this case.

Furthermore, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Google, Inc. certifies as follows:

    1)     Google, Inc. has no parent corporation.

    2)     There are no publicly held corporations that own 10% or more of Google, Inc.'s stock.

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

Respectfully submitted,

FELDMAN GALE, P.A.
Miami Center – 19th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Tel:    (305) 358-5001
Fax:    (305) 358-3309


By:_____
       Gregory L. Hillyer
       Florida Bar No. 682489
       Email:  GHillyer@FeldmanGale.com

Of Counsel:

PERKINS COIE LLP
Ramsey M. Al-Salam
Email:  ralsalam@perkinscoie.com
1201 Third Avenue, 40th Floor
Seattle, Washington  98101
Tel:    (206) 359-8000
Fax:    (206) 358-9000

Attorneys for Defendant Google, Inc.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2006, a true and correct

copy of the foregoing was duly served on counsel for Plaintiff via facsimile and U.S.

Mail addressed as follows:

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida  33301
Fax:    (954) 828-9122


_____
Gregory L. Hillyer


2