UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,            Case No.: 06-60905-CIV-ALTONAGA/Turnoff

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Ramsey M. Al-Salam, of Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101, (206) 359-6000, for the purposes of appearing as co-counsel on behalf of Defendant, Google, Inc., in the above-styled case only.

Ramsey M. Al-Salam certifies that he has studied the Local Rules of this Court and is a member in good standing of the Bar for the State of Washington.

In further support of this Motion, it is designated that Gregory L. Hillyer is a member of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Feldman Gale, P.A., 201 South Biscayne Boulevard, Suite 1920, Miami, Florida, 33131, acts as counsel in this matter on behalf of Defendant Google, Inc.



Case No.: 06-60905 –CIV-ALTONAGA/Turnoff

### CONSENT TO DESIGNATE

I hereby consent to the foregoing designation.

Dated: September 5, 2006

_____
Gregory L. Hillyer

Executed under penalty of perjury on this 5th day of September, 2006, at Miami, Florida.

Respectfully submitted,

Feldman Gale, P.A.
Miami Center – Suite 1920
201 South Biscayne Blvd.
Miami, Florida 33131
Tel:    305-358-5001
Fax:   305-358-3309

By:_____
Gregory L. Hillyer
Fla. Bar No. 0682489
ghillyer@feldmangale.com

*Attorneys for Google, Inc.*

Case No.: 06-60905 –CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing served by U.S. Mail and Facsimile on this _5th_ day of September, 2006 to:

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Fax: (954) 828-9122

_____
Gregory L. Hillyer