UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

**THIS CAUSE** is before the Court on the motion of Ryan J. McBrayer of Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101 to be admitted pro hac vice, filed September 5, 2006. The Court has reviewed the motion and it appears that Movant has complied with the requirements of Rule 4.b., Special Rules governing the Admission and Practice of Attorneys, Local Rules of the United States District Court for the Southern District of Florida. It is hereby

**ORDERED AND ADJUDGED** that Ryan J. McBrayer of Perkins Coie LLP may appear as counsel for Defendant, Google, Inc.. The following attorney, who maintains an office in this District, is designated and approved as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct of the case and upon whom papers shall be served:

    Gregory L. Hillyer, Esq.
    Feldman Gale, P.A.
    Miami Center - Suite 1920
    201 South Biscayne Blvd.
    Miami, Florida 33131
    Fax: (305) 358-3309

Case No. 06-60905-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this __6__ day of September, 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge William C. Turnoff
      counsel of record