UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,    Case No.: 06-60905-CIV-ALTONAGA/Turnoff

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.
_____/

## JOINT MOTION FOR ENLARGEMENT OF
## TIME TO FILE A JOINT SCHEDULING REPORT

F&G Research, Inc. and Google, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby file this Joint Motion for Enlargement of Time to File a Joint Scheduling Report in the above-captioned matter and in support thereof, respectfully state as follows:

1. By Order dated August 2, 2006, a Joint Scheduling Report ("Report") is due in this matter on or before September 13, 2006.

2. The Parties have been working diligently to arrive at a mutually agreeable schedule that addresses all of the issues presented by this action and to finalize same before the deadline. These efforts have included exchanging several drafts of the Report, conducting numerous telephonic discussions, and attempting to reconcile certain differences between the parties.

3. Despite these good faith efforts, the Parties are needful of two (2) additional days to finalize the Report.

4.  Accordingly, the Parties respectfully request that the Court grant a brief enlargement of time up to and including September 15, 2006, to file the Report.

5.  This enlargement of time will not prejudice any party and is not being sought for any improper motive or purpose.

6.  A proposed order granting this motion is attached pursuant to Local Rule 7.1.

WHEREFORE, the Parties request that the Court grant the Motion for Enlargement of Time up to and including September 15, 2006, to File a Joint Scheduling Report.

| | |
|---|---|
| /s/ Alan M. Weisberg | /s/ Gregory L. Hillyer |
| Alan M. Weisberg, Esq. | Gregory L. Hillyer, Esq. |
| Florida Bar Number 0479349 | Florida Bar Number 682489 |
| aweisberg@cwiplaw.com | GHillyer@feldmangale.com |
| CHRISTOPHER & WEISBERG, P.A. | FELDMAN GALE, P.A. |
| 200 East Las Olas Boulevard, Suite 2040 | Miami Center – 19th Floor |
| Fort Lauderdale, Florida 33301 | 201 South Biscayne Boulevard |
| Telephone: (954) 828-1488 | Miami, Florida 33131 |
| Facsimile: (954) 828-9122 | Telephone: (305) 358-5001 |
| | Facsimile: (305) 358-3309 |
| *Attorneys for Plaintiff, F&G Research, Inc.* | *Attorneys for Defendant, Google Inc.* |

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,   Case No.: 06-60905-CIV-ALTONAGA/Turnoff

   Plaintiff,

v.

GOOGLE, INC.,

   Defendant.
_____/

## ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE A JOINT SCHEDULING REPORT

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time to File a Joint Scheduling Report ("Motion for Enlargement of Time"). The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Enlargement of Time is GRANTED. The Parties shall have up to and including Friday, September 15, 2006 to file a Joint Scheduling Report.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of September, 2006.

                                                                                     _____
                                                                                     CECILIA M. ALTONAGA
                                                                                     United States District Judge

Copies Furnished To:

Counsel of Record