

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,                    Case No.: 06-60905-CIV-ALTONAGA/Turnoff

     Plaintiff,

v.

GOOGLE, INC.,

     Defendant.

_____/

## ORDER ON JOINT MOTION FOR ENLARGEMENT OF
## TIME TO FILE A JOINT SCHEDULING REPORT

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time to

File a Joint Scheduling Report ("Motion for Enlargement of Time"). The Court, having considered

the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby

ORDERS AND ADJUDGES that:

    The Motion for Enlargement of Time is GRANTED. The Parties shall have up to and

including Friday, September 15, 2006 to file a Joint Scheduling Report.

    **DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this

_14_ day of September, 2006.

                                 _____
                                 CECILIA M. ALTONAGA
                                 United States District Judge

Copies Furnished To:

Counsel of Record