UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.



## *AGREED* MOTION FOR ENLARGMENT OF TIME TO FILE THE JOINT SCHEDULING REPORT

Plaintiff, F & G Research, Inc. and Defendant, Google, Inc. ("the Parties"), by and through their undersigned counsel, hereby file this Agreed Motion for Enlargement of Time to file the Joint Scheduling Report and in support state as follows:

1. The Joint Scheduling Report was due to be filed on September 13, 2006.

2. The Parties filed a Joint Motion for Enlargement to file the joint report on or before September 15, 2006. An order has been granted.

3. The Parties are still working diligently to put forth a mutually agreeable report, and are needful of two (2) additional weeks to finalize and file the report, on or before September 29, 2006.

WHEREFORE, the Parties pray this Court grant the instant motion, allowing the Joint Scheduling Report to be filed on or before September 29, 2006.



Dated: September 15, 2006                                Respectfully Submitted,


*[signature]*

Joseph R. Englander, Esq.                                Ramsey M. Al-Salam, Esq.
Florida Bar Number 935565                                Washington Bar Number 18822
jenglander@cwiplaw.com                                   ralsalam@perkinscoie.com
CHRISTOPHER & WEISBERG, P.A.                             PERKINS COIE LLP
200 East Las Olas Boulevard, Suite 2040                  1201 Third Avenue, 40th Floor
Fort Lauderdale, Florida 33301                           Seattle Washington 98101
Telephone: (954) 828-1488                                Telephone: (206) 359 8000
Facsimile: (954) 828-9122                                Facsimile: (206) 358-9000
*Attorneys for Plaintiff, F & G Research, Inc.*           *Attorneys for Defendant, Google, Inc.*


61610

Dated: September 15, 2006

Respectfully Submitted,

/s/ Ramsey M. Al-Salam

---

Joseph R. Englander, Esq.
Florida Bar Number 935565
jenglander@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiff, F & G Research, Inc.*

Ramsey M. Al-Salam, Esq.
Washington Bar Number 18822
ralsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle Washington 98101
Telephone: (206) 359 8000
Facsimile: (206) 358-9000
*Attorneys for Defendant, Google, Inc.*

61610

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING AGREED MOTION FOR
ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT**

**THIS CAUSE** came before the Court upon the Parties Agreed Motion for Enlargement to File the Joint Scheduling Report. The Court, having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The Parties shall file the Joint Scheduling Report on or before September 29, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of September 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record