UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff



F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## ORDER GRANTING AGREED MOTION FOR ENLARGEMENT TO FILE THE JOINT SCHEDULING REPORT

**THIS CAUSE** came before the Court upon the Parties Agreed Motion for Enlargement to File the Joint Scheduling Report. The Court, having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The Parties shall file the Joint Scheduling Report on or before September 29, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20, day of September 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record