# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

### ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME TO FILE THE PROPOSED MEDIATION SCHEDULE

**THIS CAUSE** came before the Court upon Plaintiff's *Agreed* Motion for Enlargement of Time to File the Proposed Mediation Schedule. The having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The parties shall file the Proposed Mediation Schedule no later than November 13, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th, day of November, 2006.

*[signature: Cecilia M. Altonaga]*

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record