### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

### PLAINTIFF'S SECOND *AGREED* MOTION FOR ENLARGEMENT OF TIME TO FILE THE PROPOSED MEDIATION SCHEDULE

    Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure and Rule 7.1.A.1, Local Rules of the Southern District of Florida, hereby petitions this Court for an enlargement of one (1) week for the parties to file the Proposed Mediation Schedule no later than November 13, 2006, and in support states as follows:

    1.    The Proposed Mediation Schedule was due to be filed on November 6, 2006.

    2.    The Court granted the parties through and until November 13, 2006 to agree on a mediator, schedule the mediation conference and file the proposed mediation schedule as required by this Court.

    2.    Despite continued discussions and suggestions as to mediators made by both parties, the parties have been unable to agree on a mediator

1

2

3. The undersigned hereby certifies that a good faith effort has been made to resolve the issues raised herein and that both parties are in agreement to the relief being requested.

WHEREFORE, the parties pray this Court grant the instant motion, allowing the Proposed Mediation Schedule to be filed on or before November 20, 2006.

Dated: November 13, 2006      Respectfully Submitted,
      Fort Lauderdale, Florida

/s/ Allen D. Brufsky
Allen D. Brufsky, Esq.
Florida Bar Number 133980
abrufsky@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiff, F & G Research, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this  13th , day of  November,  2006, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer, Esq. and Ramsey Al-Salam, Esq.**, and I certify that I have mailed by United States Postal Service the document to the following parties or counsels of record who are non-CM/ECF  participants: **NONE**.

 /s/ Allen D. Brufsky
 Allen D. Brufsky, Esq.

64479

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT OF TIME TO FILE THE PROPOSED MEDIATION SCHEDULE AND APPOINTING A MEDIATOR**

**THIS CAUSE** came before the Court upon Plaintiff's Second *Agreed* Motion for Enlargement of Time to File the Proposed Mediation Schedule. Having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The parties shall file the Proposed Mediation Schedule no later than November 20, 2006.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of November, 2006.

                                              CECILIA M. ALTONAGA
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record