06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

## AGREED MOTION TO SELECT A NON-CERTIFIED MEDIATOR

Plaintiff, F & G Research, Inc. ("F&G") and Defendant, Google Inc. ("Google), pursuant to the Court's October 3, 2006 Order on Selection of Mediator, hereby seek the Court's permission to select Laurence A. Greenberg, Esq., of Lerner Greenberg Sterner LLP as the mediator in this action.

Mr. Greenberg has 30 years of experience as an intellectual property professional, is registered patent attorney, and is admitted to the Florida Bar and to the Court of Appeals for the Federal Circuit. A true and correct copy of Mr. Greenberg's biography is attached hereto as Exhibit A.

Both parties are aware of the fact that Mr. Greenberg is not a certified mediator pursuant to the Local Rules of this Court, but respectfully assert that Mr. Greenberg's technical expertise is well suited for the complex patent methodology involved in this case and therefore, requests this Court's permission to allow the parties to employ Mr. Greenberg as the mediator for this case.

The parties have not been able to agree to a specific date for the mediation conference.

se 0:06-cv-60905-CMA    Document 32    Entered on FLSD Docket 11/20/2006    Page 2 of

Currently, F&G is proposing that the mediation conference be scheduled on or before February 15, 2007, while Google is proposing a September scheduled mediation. The parties will continue to work towards a schedule and will file a proposed schedule, within five (5) days after the Court grants an order allowing Mr. Greenberg to act as the mediator in this case.

If the Court rejects the parties' selection of mediator, then both parties respectfully request the court to grant an additional ten (10) days to select another mediator and file the proposed schedule.

The undersigned hereby certifies that both parties have made a good faith effort to resolve the issues raised and that they are both in agreement to the relief sought herein.

WHEREFORE, the parties pray this court grant the instant motion.

| Dated:  November 20, 2006<br>          Fort Lauderdale, Florida | Respectfully Submitted,<br><br>s/ Allen D. Brufsky<br>Allen D. Brufsky, Esq.<br>Florida Bar Number 133980<br>abrufsky@cwiplaw.com<br>**CHRISTOPHER & WEISBERG, P.A.**<br>200 East Las Olas Boulevard, Suite 2040<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 828-1488<br>Facsimile: (954) 828-9122<br>*Attorneys for Plaintiff, F & G Research, Inc* |

# CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{20^{th}}$ , day of  November, 2006, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam**, and I certify that I have mailed by United States Postal Service the document to the following parties or counsels of record who are non-CM/ECF  participants: NONE.

          s/ Allen D. Brufsky
          Allen D. Brufsky, Esq.

64334

06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

## ORDER GRANTING AGREED MOTION TO
## SELECT A NON-CERTIFIED MEDIATOR

**THIS CAUSE** came before the Court upon the Agreed Motion to Select a Non-Certified Mediator. The Court, having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The selected mediator in this case shall be Laurence A Greenberg. The parties shall file the proposed mediation schedule within five (5) days of the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____, day of November 2006.

                                      _____
                                        CECILIA M. ALTONAGA
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record