# EXHIBIT A

| Home | The Firm | Services | Patents Awarded | Honors |
| Press Releases | Testimonials | Biographies | Contact Us |

# LERNER GREENBERG STEMER LLP

*There is no substitute for experience*



## Laurence A. Greenberg

Laurence A. Greenberg has been the Managing Partner and President of Lerner Greenberg Stemer LLP law firm since 1990. His professional efforts are mainly directed toward advising clients, educating colleagues and practicing in the areas of Intellectual Property prosecution, as well as, litigation and dispute resolution.

Mr. Greenberg was born in Los Angeles, lived in New York for many years and relocated to Florida in 1981. He graduated from Brooklyn College in 1971 and, after several years in business, graduated from Pace University School of Law in 1981. He and his wife Leslie have lived in Hollywood, Florida for over 20 years where they have raised their three children.

Mr. Greenberg was registered to practice before the United States Patent and Trademark Office as a Patent Agent in 1979 and as an Attorney in 1982. He was admitted to the Florida Bar in 1982 and to the United States Court of Appeals for the Federal Circuit (CAFC) in 1983. He is also a member of the American Bar Association and the New York and Florida Intellectual Property Law Associations.

Although Mr. Greenberg's educational background is in Physics, he has had years of experience in the fields of Electrical, Mechanical and Chemical patent prosecution in general, and more specifically dealing with the semi-conductor components, circuits, computer hardware and software, communications, automotive electronics and devices, power generation, environmental engineering including exhaust gas purification, printing, textile machinery, postage equipment, medical equipment, household appliances, optics, thermodynamics, eletromechanical and electrochemical devices, material science as well as carbon, graphite and rubber products.

Mr. Greenberg has been a lecturer in the field of Intellectual Property Law, with particular emphasis on the Patent Cooperation Treaty and in explaining the nuances and changes in U.S. Patent and Trademark law and practice to attorneys, inventors and business people in the United States, and to Intellectual Property practitioners abroad. He has participated in numerous state and federal suits and appeals before government bodies and agencies as well as District Courts and the CAFC.

Mr. Greenberg is fluent in German and is extensively involved in local politics, as well as charitable and community organizations.

e-mail: greenberg@patentusa.com

<< Back

Home / The Firm / Services / Press Releases / Testimonials / Biographies / Contact Us

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for individual advice regarding your own situation.

Copyright © 2001 by Lerner Greenberg Stemer LLP. All rights reserved. You may reproduce materials available at this site for your own personal use and for non-commercial distribution. All copies must include this copyright statement.