UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

## ORDER GRANTING AGREED MOTION TO SELECT A NON-CERTIFIED MEDIATOR

**THIS CAUSE** came before the Court upon the Agreed Motion to Select a Non-Certified Mediator. The Court, having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. The selected mediator in this case shall be Laurence A Greenberg. The parties shall file the proposed mediation schedule within five (5) days of the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November 2006.

*[signature]*

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record