IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/TURNOFF

F & G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## REQUEST FOR SERVICE OF ELECTRONIC NOTICE TO DEFENDANT'S COUNSEL

Defendant Google Inc. ("Google"), by and through its undersigned counsel, acting as local counsel for Google, and pursuant to the direction of the Attorney Admissions Clerk for this Court, hereby requests that the attorneys listed below, all previously admitted *pro hac vice* as counsel for Google in this matter, receive electronic notice of all filings in this case, in accordance with the Court's new CM/ECF system:

    Ramsey M. Al-Salam, Esq.    ralsalam@perkinscoie.com

    Ryan J. McBrayer, Esq.    rmcbrayer@perkinscoie.com

Both of these attorneys were admitted *pro hac vice* prior to implementation of the new CM/ECF system and thus each is not currently receiving notice of filings electronically. See Docket Entry 19 (order admitting Mr. Al-Salam) and Docket Entry 20 (order admitting Mr. McBrayer).

CASE NO. 06-60905-CIV-ALTONAGA/TURNOFF

Respectfully submitted,

FELDMAN GALE, P.A.
Attorneys for Defendant Google, Inc.
201 South Biscayne Boulevard
19th Floor – Miami Center
Miami, Florida 33131-2148
Tel:   (305) 358-5001
Fax:   (305) 358-3009


By:   s/ Gregory L. Hillyer
      Gregory L. Hillyer
      Florida Bar No. 682489
      Email: ghillyer@feldmangale.com

- AND -

PERKINS COIE LLP
Ramsey M. Al-Salam, *Pro Hac Vice*
Email: ralsalam@perkinscoie.com
Ryan J. McBrayer, *Pro Hac Vice*
Email: rmcbrayer@perkinscoie.com
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
Tel:   (206) 359-8000


CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on Allen D. Brufsky, Esq., Christopher & Weisberg, P.A., 200 East Las Olas Boulevard, Suite 2040, Ft. Lauderdale, Florida 33301, via transmission of Notices of Electronic Filing generated by CM/ECF.

              s/ Gregory L. Hillyer