# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Laurence A. Greenberg on or before September, 2007, commencing at a time and place to be agreed upon by the parties.

**DONE and ORDERED** in Chambers at Miami, Florida, this _____ day of November, 2006.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies Furnished To:
Counsel of Record