## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

      Plaintiff,

vs.

GOOGLE INC.,

      Defendant.

### PLAINTIFF'S *AGREED-TO* MOTION TO EXTEND THE DEADLINE FOR FILING A PROPOSED ORDER SCHEDULING MEDIATION UNTIL DECEMBER 6, 2006

Plaintiff F & G Research, Inc. ("F&G") and defendant Google Inc agree to file under Federal Rule of Civil Procedure 6(b) and the Local Rules of the United States District Court for the Southern District of Florida respectfully move the Court to extend the deadline for filing a **Proposed Order Scheduling Mediation** by one (1) week until **December 6, 2006**. To support the motion, the parties submit that:

1.      The parties agreed upon a mediator and the Court's November 21, 2006 Order approved Laurence A. Greenberg as the mediator.

2.      The Proposed Order Scheduling Mediation is currently due and the parties worked in good faith to agree upon a schedule. On Monday, plaintiff moved the Court to set a date for mediation. Defendant opposed. The Court denied the motion today.

3.      The parties immediately and in good faith reinitiated negotiations for an agreeable mediation schedule. They have made good progress and are endeavoring in good faith to meet the

Dockets.Justia.com

Court's deadlines. They need more time to, among other things, contact respective clients to finally resolve the mediation schedule. Since the proposed order is currently due, however, the parties need more time to complete their discussions. The parties anticipate that no further extension will be required to submit a mutually agreeable proposed order scheduling mediation.

4. The good faith effort of counsel for both parties, certified by the undersigned counsel, has resulted in this motion being agreed to by both parties.

WHEREFORE, the parties pray this Court grant the instant motion, allowing the **Proposed Order Scheduling Mediation** to be filed on or before **December 6, 2006**.

Dated: November 29, 2006   Respectfully Submitted,
Fort Lauderdale, Florida

/s/ Allen D. Brufsky
Allen D. Brufsky, Esq.
Florida Bar Number 133980
abrufsky@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiff, F & G Research, Inc.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2006, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer, Esq. and Ramsey Al-Salam, Esq.**, and I certify that I have mailed by United States Postal Service the document to the following parties or counsels of record who are non-CM/ECF participants: **NONE**.

    /s/ Allen D. Brufsky
Allen D. Brufsky, Esq.

64479

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

**ORDER GRANTING PLAINTIFF'S *AGREED* MOTION FOR ENLARGEMENT
OF TIME TO FILE THE PROPOSED MEDIATION SCHEDULE AND APPOINTING A
MEDIATOR**

    **THIS CAUSE** came before the Court upon Plaintiff's Second *Agreed* Motion for Enlargement of Time to File the Proposed Mediation Schedule.  Having reviewed the records and being otherwise advised in the premises, it is,

    **ORDERED** and **ADJUDGED** that said motion is GRANTED.  The parties shall file the Proposed Mediation Schedule no later than November 20, 2006.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ____, day of November, 2006.

4

5

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record