## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

      Plaintiff,

vs.

GOOGLE INC.,

      Defendant.

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

    Plaintiff, F & G Research, Inc. ("F&G") and Defendants, Google Inc. ("Google"), hereby give notice of filing the Proposed Order Scheduling Mediation in the form attached hereto.

Dated: December 7, 2006          Respectfully Submitted,
Fort Lauderdale, Florida

                                 s/ Allen D. Brufsky
                                 Allen D. Brufsky, Esq.
                                 Florida Bar Number 133980
                                 abrufsky@cwiplaw.com
                                 CHRISTOPHER & WEISBERG, P.A.
                                 200 East Las Olas Boulevard, Suite 2040
                                 Fort Lauderdale, Florida 33301
                                 Telephone: (954) 828-1488
                                 Facsimile: (954) 828-9122
                                 *Attorneys for Plaintiff, F & G Research, Inc*

Dockets.Justia.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th, day of December, 2006, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam**, and I certify that I have mailed by United States Postal Service the document to the following parties or counsels of record who are non-CM/ECF participants: NONE.

                                                                                            s/ Allen D. Brufsky  
                                                                                            Allen D. Brufsky, Esq.

66376