UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,
        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with <u>Laurence A. Greenberg</u> and shall occur on <u>a date prior to September 30, 2007</u>, commencing each day at <u>9:00 a.m.</u>, at the office of <u>Lerner Greenberg Stemer LLP, 2445 Hollywood Boulevard, Hollywood, Florida 33020</u>.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2006.

_Cecilia M. Altonaga_
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record

Laurence A. Greenberg - Mediator
2445 Hollywood Boulevard
Hollywood, Florida 33020

1