UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,          Case No.: 06-60905-CIV-ALTONAGA/Turnoff

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.
_____/

# JOINT MOTION FOR ENLARGEMENT OF TIME FOR
## SUMMARY JUDGMENT AND CLAIM CONSTRUCTION BRIEFING

F&G Research, Inc. and Google, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby file this Joint Motion for Enlargement of Time for Summary Judgment and Claim Construction Briefing. The parties also request expedited review of Google's summary judgment motion now being briefed. Both parties will benefit if the issues presented therein are resolved before claim construction, and the parties have accordingly requested commensurate extensions of the claim construction briefing deadlines. This stipulated motion does not alter the dates for the claim construction hearing or trial.

Google filed its summary judgment motion December 19, 2006, and F&G's opposition is due January 8, 2007. The current claim construction deadlines were established in this Court's Order on October 3, 2006 (Docket No. 27).The parties request an extension of the deadlines as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| F&G's Summary Judgment Opposition | Jan. 8, 2007 | Jan. 24, 2007 |
| Google's Summary Judgment Reply | Jan. 16, 2007 | Jan. 31, 2007 |

41063-0039/LEGAL12926121.1

Dockets.Justia.com

| Opening Claim Construction Briefs | Jan. 29, 2007 | Feb. 16, 2007 |
| Rebuttal Claim Construction Briefs | Mar. 2, 2007 | Mar. 9, 2007 |
| Markman Hearing | April 3-4 | Unchanged |

Respectfully submitted this 28th day of December, 2006.

/s/  Alan Weisberg
Alan Weisberg, Esq.
Florida Bar Number 0479349
aweisberg@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone:  (954) 828-1488
Facsimile:  (954) 828-19122

*Attorneys for Plaintiff, F&G Research, Inc.*

/s/ Gregory L. Hillyer
Gregory L. Hillyer, Esq.
Florida Bar Number 682489
GHillyer@feldmangale.com
FELDMAN GALE, P.A.
Miami Center – 19th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-5001
Facsimile:   (305) 358-3309

*Attorneys for Defendant, Google Inc*
.