UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,          Case No.: 06-60905-CIV-ALTONAGA/Turnoff

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.
_____/

### ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME FOR SUMMARY JUDGMENT AND CLAIM CONSTRUCTION BRIEFING

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time for Summary Judgment and Claim Construction Briefing ("Motion for Enlargement of Time"). The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Enlargement of Time is GRANTED.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of December, 2006.

                                                  _____
                                                  CECILIA M. ALTONAGA
                                                  United States District Judge

Copies Furnished To:

Counsel of Record