UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

F & G RESEARCH, INC.,                 Case No.:  06-60905-CIV-ALTONAGA/Turnoff

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.
_____/

### ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME FOR SUMMARY JUDGMENT AND CLAIM CONSTRUCTION BRIEFING

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time for Summary Judgment and Claim Construction Briefing ("Motion for Enlargement of Time").  The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Enlargement of Time is GRANTED.  The parties are to be governed by the schedule contained in the Joint Motion.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 29th day of December, 2006.

                                              CECILIA M. ALTONAGA
                                              United States District Judge

Copies Furnished To:

Counsel of Record