# EXHIBIT 2

**Judith Parrish**

| | |
|---|---|
| **From:** | Alan M. Weisberg |
| **Sent:** | Wednesday, July 19, 2006 3:57 PM |
| **To:** | 'Catherine Lacavera' |
| **Cc:** | 'ABrufs@aol.com' |
| **Subject:** | FW: F&G/Google |
| **Attachments:** | GoogleInc.pdf; MouseDiagramandChart.pdf; 49988.doc; 49989.doc |

Catherine,

Here's a copy of the email originally sent to Michelle by Allen Brufsky that included the charts. Of note, the Complaint attached is the original and not the currently pending Amended Complaint.

Also, we are considering what you and I discussed yesterday and I will be in a position to discuss that with you tomorrow.


Alan M. Weisberg, Esq.*
**Christopher & Weisberg, P.A.**
An Intellectual Property Law Boutique

200 East Las Olas Blvd., Suite 2040, Fort Lauderdale, FL 33301
1455 Pennsylvania Ave. NW, Suite 100, Washington, DC 20004**

Voice: (954) 828-1488    email: <aweisberg@cwiplaw.com>
Fax: (954) 828-9122      website: www.cwiplaw.com

*Licensed to Practice Before The United States Patent and Trademark Office
** Not admitted to practice in Washington, D.C.

This email contains **PRIVILEGED** and **CONFIDENTIAL** information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender above by telephone (collect call if necessary) and delete the email from your system. Thank you.

---

**From:** ABrufs@aol.com [mailto:ABrufs@aol.com]
**Sent:** Wednesday, July 05, 2006 2:27 PM
**To:** michelle@google.com
**Cc:** gilligan_sa@yahoo.com; Judith Parrish; Alan M. Weisberg; Joseph Englander
**Subject:** F&G/Google

dear michelle:

Pursuant to our recent telephone conversation, we enclose copy of the Complaint filed along with our '229 patent, a claim chart re method claim 12 showing how , in our opinion, Google would infringe the patent by providing its google earth software to a user utilizing the software with a computer mouse, and an explanation of the claimed process in the patent with keys (or references) to the claim charts.

We are amending our complaint to clarify that the provision of the google software constitutes contributory infringement of the '229 and active inducement of the infringement performd by the computer operator.

We would appreciate your comments and the opening of a dialogue towards a license to Google.We would also, as indicated, be available to meet in California to further discuss this matter.

allen

/allen d. brufsky/
of counsel to:
Christopher & Weisberg, P.C.
200 E. Las Olas Blvd.
Suite 2040
Ft. Lauderdale, FL 33301
954-828-1488
954-828-9122 (fax)
E mail:
abrufsky@cwiplaw.com
abrufs@aol.com

# INFRINGEMENT ANALYSIS RE: CORDLESS OPTICAL MOUSE

## CLAIM 12

| U.S. Patent No. 5,313,229 | Cordless Optical Mouse |
|---|---|
| Method of operating a computer in an interactive manner by a user, said computer including a display means and a mouse connect to said computer, said mouse comprising | A method of operating a computer in an interactive manner is provided; the computer is used in an interactive manner and includes a display monitor and a mouse. |
| means for generating x-y incremental movement information for positioning a cursor at any of a plurality of positions displayed on said display means during interactive operation<br><br>Separate Exhibit<br><br>(REF. A) | In the '229 Patent, the structure for generating x-y incremental movement information includes a pair of rotary encoders 20x and 20y coupled to a ball 14 by a roller 22 which transmits rotation from the ball to the encoders and equivalents thereof such as mice with electro-optical transducers. The Cordless Optical Mouse uses an LED and sensor to sense mouse movement along a surface and transmits movement information to a processor, which sends corresponding positional coordinate signals to the computer, which, in connection with driver software, moves the cursor based upon the coordinates received from the mouse. |
| binary control means for generating binary control commands for said computer<br><br><br>(REF. B) | Binary control means include push buttons 34, for generating binary signals. The Cordless Optical Mouse generates data packets containing command information (binary control commands) when the mouse buttons are depressed; this command information is generated for and transmitted to the computer. |
| supplementary control means for generating a supplementary control signal of variable sign and magnitude under control of said user<br><br><br>(REF. C) | In the '229 Patent, the supplementary control means include a movable part 42 mounted on a pivot axle 46 fixed to a baseboard 76, which is mounted on a PCB 23. A lever 78, which protrudes through an opening 43 on one side of the housing 19 and is fixed to the movable part, is also included. The lever is spring biased in an initial equilibrium position via spring 47. The Cordless Optical Mouse uses an equivalent scroll wheel and optical |

1

| | |
|---|---|
| | encoders, optical detectors, and shaft angle encoders to generate supplementary control signals; the electric signal created varies in proportion to the number of "counts" that have been accumulated, where a single count is accumulated for an incremental advancement of the wheel in a particular direction away from the equilibrium position; the supplementary control signal therefore is of variable sign and magnitude under control of the user. |
| communication means for transmitting said movement information and said binary control information to said computer<br><br>(REF. D) | Communication means are referred to in the '229 Patent as a conductor or wireless connection between the mouse and the computer input port. In the Cordless Optical Mouse, movement and binary control information is communicated to the computer via the cable connecting the mouse to the computer (or via a wireless connection depending on the model). |
| programmable circuit means in said computer for generating said display means,<br><br>(REF. E) | Typically, programmable circuitry and logic devices in a general purpose computer generate images on the display monitor. |
| said display means including display areas accessible by said cursor for triggering execution of scrolling commands on receipt of said binary control commands while said cursor is positioned on said predetermined display areas<br><br>(REF. F) | A display monitor includes display areas where the cursor may be placed (up-down slide bars typically on the right side of the display); when the cursor is positioned on the display areas, scrolling commands are executed upon receipt of the generated data packets. |
| said method comprising generating scrolling commands to move information items or characters displayed on said display means from said supplementary control signal by operation of said supplementary control means by said user<br><br>(REF. G) | The scrolling commands are generated by the optical encoders, optical detectors, and shaft angle encoders, or equivalent structure; the commands move information or characters on the monitor; this is accomplished by operation of the mouse wheel to generate supplementary control signals. |
| said method including generating of said scrolling commands including the steps of:<br><br>a) analyzing a trail of said cursor at periodic | It is implicit that the Cordless Optical Mouse includes programmed logic, for example, the mouse driver software within the computer that analyzes and records the path of the |

2

| | |
|---|---|
| time intervals<br><br>(REF. H) | cursor as it is scrolled. When "AutoScroll" mode is activated, the computer analyzes a trail of cursor movement to determine which axis is dominant (x, y, z) in order to scroll in a direction along the dominant axis (i.e. left-right, up-down, or zoom in-out). |
| b) dynamically setting a status variable according to a dominant axis of said cursor trail at said time intervals;<br><br>(REF. I) | One of ordinary skill in the art would understand that programmed logic in the computer sets a status variable according to the cursor's trail. Because scrolling occurs in the direction of the cursor trail when the mouse is moved from its equilibrium position, it may be inferred that a status variable is set that corresponds to the dominant axis of the cursor trail. |
| c) according to the status variable determined in step b), setting a scrolling axis to a direction option, said direction options including an up-down option; a left-right option and a in-out option; and<br><br>(REF. J) | A scrolling axis is set according to the status variable (which depends upon the dominant axis of cursor movement). The scrolling axes referred to are x, y and z-directions. |
| d) scrolling in a scrolling direction along said scrolling axis determined in step c) according to a sign of said supplementary control signal and the status of said status variable.<br><br><br><br>(REF. K) | As noted above, a supplementary control signal of variable sign and magnitude is generated by incremental advancement of the scroll wheel which accumulates "counts". In "Auto-Scroll" mode, an equivalent supplemental control signal is generated by the pressing of the wheel button and the subsequent movement of the mouse up or down, or left-right, which causes scrolling of text or images on the display. It is the depression of the scroll wheel and the subsequent movement of the mouse that directs the scrolling action. Therefore, scrolling is accomplished along a scrolling axis and according to the sign of the supplemental scroll signals and the status of the status variable. |

# INFRINGEMENT ANALYSIS RE: THE COMPUTER MOUSE

## CLAIM 12

| U.S. Patent No. 5,313,229 | The Computer Mouse |
|---|---|
| 12. Method of operating a computer in an interactive manner by a user, said computer including a display means and a mouse connect to said computer, said mouse comprising | A method of operating a computer in an interactive manner is provided; the computer is to be used in an interactive manner and includes a display monitor and a mouse. |
| means for generating x-y incremental movement information for positioning a cursor at any of a plurality of positions displayed on said display means during interactive operation<br><br>(REF. A) | The Mouse utilizes a series of optical encoders, optical detectors, and shaft angle encoders for generating x-y incremental movement information that positions a cursor at any of a plurality of positions displayed on the display monitor during interactive operation |
| binary control means for generating binary control commands for said computer<br><br>(REF. B) | The Mouse generates data packets containing command information (binary control commands) relating to x-movement, y-movement, button status, z-movement and yaw movement of the mouse; this command information is generated for and transmitted to the computer. |
| supplementary control means for generating a supplementary control signal of variable sign and magnitude under control of said user<br><br>(REF. C) | The Mouse uses optical encoders, optical detectors, and shaft angle encoders to generate supplementary control signals; in "Power-Scroll" mode, the electric signal created varies in proportion to the number of "counts" that have been accumulated, where a count is accumulated for an incremental advancement of the roller in a particular direction away from the equilibrium position; the supplementary control signal therefore is of variable sign and magnitude under control of the user. |

1

| | |
|---|---|
| communication means for transmitting said movement information and said binary control information to said computer<br><br>(REF. D) | Movement and binary control information is communicated to the computer via the cable connecting the mouse to the computer (or via a wireless connection). |
| programmable circuit means in said computer for generating said display means,<br><br>(REF. E) | Programmable circuitry and logic devices in a general purpose computer generate images on the display monitor. |
| said display means including display areas accessible by said cursor for triggering execution of scrolling commands on receipt of said binary control commands while said cursor is positioned on said predetermined display areas<br>(REF. F) | The display monitor includes display areas where the cursor may be placed; when the cursor is positioned on the display monitor, scrolling commands are executed upon receipt of data packets generated. |
| said method comprising generating scrolling commands to move information items or characters displayed on said display means from said supplementary control signal by operation of said supplementary control means by said user<br>(REF. G) | The scrolling commands are generated by the optical encoders, optical detectors, and shaft angle encoders; the commands move information or characters on the monitor; this is accomplished by operation of the mouse roller to generate supplementary control signals. |
| said method including generating of said scrolling commands including the steps of:<br><br>a) analyzing a trail of said cursor at periodic time intervals<br><br><br><br><br>(REF. H) | The Mouse includes "a timer which receives timing signals from a crystal oscillator associated with the computer system to which the mouse is connected"; an event decoder linked to the timer interprets roller and button motion; it can be inferred that programmed logic, for example, by and through the mouse driver software, within the computer analyzes and records the path of the cursor as it is scrolled. |
| b) dynamically setting a status variable according to a dominant axis of said cursor trail at said time intervals;<br><br><br><br>(REF. I) | One of ordinary skill in the art would understand that programmed logic in the computer sets a status variable according to the cursor's trail; the Mouse generates a SCROLL variable if the instantaneous value of the roller exceeds a threshold level |
| c) according to the status variable determined in step b), setting a scrolling axis to a direction option, said direction options including an up-down option; a left-right option and a in-out option; and<br><br>(REF. J) | The scrolling axes referred to are x, y and z-directions; the rotational motion of the roller of the Mouse can be converted to varying directions of motion including the z-axis in a three-dimensional display; thus up-down, left-right and in-out direction options are available. |

2

| | |
|---|---|
| d) scrolling in a scrolling direction along said scrolling axis determined in step c) according to a sign of said supplementary control signal and the status of said status variable.<br><br>(REF. K) | Scrolling is performed according to the status of the status variable (i.e. whether the roller's count value exceeds the threshold level) and the "sign" of the supplementary control signal, i.e. the direction the roller is being rotated in. |

## DIARGRAM OF EXEMPLARY MOUSE



## FLOW CHART OF EXEMPLARY INFRINGING OPERATION WITH REFERENCE TO EXEMPLARY MOUSE AND CLAIM CHARTS

