# EXHIBIT 6

**Judith Parrish**

| | |
|---|---|
| From: | Al-Salam, Ramsey M. (Perkins Coie) [RAlsalam@perkinscoie.com] |
| Sent: | Wednesday, December 06, 2006 5:29 PM |
| To: | Jason R. Buratti; Gregory L. Hillyer |
| Cc: | ABrufs@aol.com; Allen D. Brufsky; Alan M. Weisberg; Judith Parrish; Claire M. Scott |
| Subject: | RE: F&G v. Google re Correspondence |

Jason:

Google is not interested paying for an early evaluation at this point--the parties have widely divergent views on the merits that will have to be addressed by the Court. We understand the mediation schedule is due today. We remain willing to mediate in September and understand that the mediator is available. We ask that you submit a mediation schedule in September. We remind you that the court has already said we can do it as late as November, so September is two months before the deadline.

If Google changes its position in light of any interim decisions or developments, we can always do it earlier. Thanks and we assume you will have this filed today.


Ramsey M. Al-Salam

Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98101

Direct Dial: 206.359.6385
Direct Fax: 206.359.7385


---

**From:** Jason R. Buratti [mailto:jburatti@cwiplaw.com]
**Sent:** Tuesday, December 05, 2006 1:12 PM
**To:** Al-Salam, Ramsey M. (Perkins Coie); Gregory L. Hillyer
**Cc:** ABrufs@aol.com; Allen D. Brufsky; Alan M. Weisberg; Judith Parrish; Claire M. Scott; Jason R. Buratti
**Subject:** F&G v. Google re Correspondence

Dear Ramsey and Greg:

Please see attached.

Thank you,
Jason

Jason R. Buratti
**Christopher & Weisberg, P.A.**
An Intellectual Property Boutique
On the web at www.cwiplaw.com
200 E. Las Olas Blvd., Ste. 2040
Fort Lauderdale, Florida* 33301
954.828.1488

1/23/2007

1455 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C.*  20004
202.349.4036
202.349.4099 (fax)

electronic mail:  jburatti@cwiplaw.com

* Admitted to practice law in the District of Columbia and Commonwealth of Virginia; not yet admitted in Florida

CONFIDENTIALITY NOTE: This communication contains **privileged** and **confidential** information intended only for the use of the individual(s) or entity(ies) named above.  If the reader of this message is not an intended recipient, please take notice that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, do not read it.  Please immediately reply to the sender that you have received this communication in error and then delete it.  This communication does not contain securities advice.  Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1/23/2007