# EXHIBIT 7

**Judith Parrish**

| | |
|---|---|
| **From:** | Jason R. Buratti |
| **Sent:** | Thursday, December 28, 2006 1:11 PM |
| **To:** | 'Gregory L. Hillyer'; 'Al-Salam, Ramsey M. (Perkins Coie)'; 'McBrayer, Ryan J. (Perkins Coie)' |
| **Cc:** | 'ABrufs@aol.com'; Judith Parrish; Claire M. Scott; 'bmcgill@feldmangale.com' |
| **Subject:** | F&G v. Google |
| **Attachments:** | Order.pdf; 67110.pdf; 06-1205.Al-Salaam.Hillyer.Attachment.pdf; 16-1205.Al-Salaam.Hillyer.pdf |

Counsel:

# REDACTED

We remain surprised that Google is forcing judicial intervention with lengthy, expensive summary judgment practice (with Rule 11 sanctions requested) while at the same time rejecting a simple, short, inexpensive merit-based evaluation by our agreed-to mediator. Has Google reconsidered that position as I proposed to Ryan before the Holiday? I note that Google filed its motion for sanctions and summary judgment without our receiving a response to my December 5, 2006 letter setting forth our position. A copy of that letter is also attached.

Thank you,
Jason

Jason R. Buratti
**Christopher & Weisberg, P.A.**
   An Intellectual Property Boutique
         On the web at www.cwiplaw.com

200 E. Las Olas Blvd., Ste. 2040
Fort Lauderdale, Florida* 33301
954.828.1488
954.828.9122 (fax)

1455 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C.* 20004
202.349.4036
202.349.4099 (fax)

electronic mail: jburatti@cwiplaw.com

* Admitted to practice law in the District of Columbia and Commonwealth of Virginia; not yet admitted in Florida

CONFIDENTIALITY NOTE: This communication contains **privileged** and **confidential** information intended only for the use of the individual(s) or entity(ies) named above. If the reader of this message is not an intended recipient, please take notice that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. This communication does not contain securities advice. Thank you.

**Judith Parrish**

| | |
|---|---|
| **From:** | McBrayer, Ryan J. (Perkins Coie) [RMcBrayer@perkinscoie.com] |
| **Sent:** | Thursday, December 28, 2006 1:42 PM |
| **To:** | Jason R. Buratti |
| **Cc:** | Al-Salam, Ramsey M. (Perkins Coie); Gregory L. Hillyer; ABrufs@aol.com; Judith Parrish; Claire M. Scott; bmcgill@feldmangale.com |
| **Subject:** | RE: F&G v. Google |
| **Attachments:** | mediation order.pdf |

Jason:

The Order you attached deals with another case. In our case, Judge Altonaga issued the attached mediation order earlier this month.

Separately, we revisited the issue of early mediation. Google is still not interested in early mediation as you propose. We would like the summary judgment process to go forward.

Best Regards,
Ryan McBrayer

---

**From:** Jason R. Buratti [mailto:jburatti@cwiplaw.com]
**Sent:** Thursday, December 28, 2006 10:11 AM
**To:** Gregory L. Hillyer; Al-Salam, Ramsey M. (Perkins Coie); McBrayer, Ryan J. (Perkins Coie)
**Cc:** ABrufs@aol.com; Judith Parrish; Claire M. Scott; bmcgill@feldmangale.com
**Subject:** F&G v. Google

Counsel:

**REDACTED**

We remain surprised that Google is forcing judicial intervention with lengthy, expensive summary judgment practice (with Rule 11 sanctions requested) while at the same time rejecting a simple, short, inexpensive merit-based evaluation by our agreed-to mediator. Has Google reconsidered that position as I proposed to Ryan before the Holiday? I note that Google filed its motion for sanctions and summary judgment without our receiving a response to my December 5, 2006 letter setting forth our position. A copy of that letter is also attached.

Thank you,
Jason

Jason R. Buratti
**Christopher & Weisberg, P.A.**
An Intellectual Property Boutique
On the web at www.cwiplaw.com

200 E. Las Olas Blvd., Ste. 2040
Fort Lauderdale, Florida* 33301

1/24/2007