# EXHIBIT 8



Ryan J. McBrayer
PHONE (206) 359-3073
FAX (206) 359-4073
EMAIL RMcBrayer@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

December 22, 2006

**VIA EMAIL**

Allen D. Brufsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Fort Lauderdale, FL 33301

Re:   F&G Research v. Google Inc., Case No. 06-60905, in
      U.S. District Court for the Southern District of Florida

Dear Allen:

This letter provides notice of the claim terms Google proposes for construction in accordance with the Court's October 3, 2006 Order. Based on our conferences and your assertions to date, we understand F&G to be asserting only claim 12 of the '229 patent in this litigation. We have limited our proposal accordingly. Please contact me immediately if F&G asserts additional claims.

We suggest the following claim terms require further construction:

- Supplementary control means for generating a supplementary control signal;

- Supplementary control signal;

- Means for generating x-y incremental movement information for positioning a cursor;

- Binary control means for generating binary control commands;

- Communication means for transmitting said movement information and said binary control information to said computer;

- Programmable circuit means in said computer for generating said display means;

41063-0039/LEGAL12918923.1

Allen D. Brufsky, Esq.
December 22, 2006
Page 2

- Display means;

- Display areas accessible by said cursor for triggering execution of scrolling commands on receipt of said binary control commands;

- Analyzing a trail of said cursor;

- According to a dominant access of said cursor trail;

- Scrolling commands;

- Setting a scrolling axis to a direction option;

- According to a sign of said supplementary control signal; and

- Scrolling in a scrolling direction along said scrolling axis.

Please contact me at your soonest convenience to discuss this list further, including the possibility of agreeing to certain constructions.

In light of your letter of yesterday that named no specific claim terms, we assume the above terms are the only terms at issue in claim construction.

Very truly yours,

Ryan J. McBrayer

RJM:nr