# EXHIBIT 9

Dockets.Justia.com

Google Earth Home
Downloads
Products
Industries
Support

**Table of Contents**

**Getting Started**

- Getting to Know Google Earth
- Five Cool, Easy Things You Can Do in Google Earth
- New Features in Version 4.0
- Installing Google Earth
- System Requirements
- Additional Support
- Navigating in Google Earth
  - Using a Mouse
  - Using the Navigation Controls
  - Tilting and Viewing Hilly Terrain
  - Resetting the Default View

Finding Places and Directions

Marking Places

Using Layers

Using Map Features

Using Places

About KML

Sharing Places Information

## Getting Started



*This user guide describes Google Earth Version 4. View documentation for Version 3.x or earlier.*

Welcome to Google Earth! Once you download and install Google Earth, your computer becomes a window to anywhere on the planet, allowing you to view high-resolution aerial and satellite imagery, elevation terrain, road and street labels, business listings, and more.

See Five Cool, Easy Things You Can Do in Google Earth.

Use the following topics to learn Google Earth basics - navigating the globe, searching, printing, and more:

- Getting to know Google Earth
- New features in Version 4.0
- Navigating in Google Earth
- Finding places and directions
- Marking places on the earth
- Showing or hiding points of interest
- Tilting and viewing hilly terrain
- Sight seeing

For other topics in this documentation, see the table of contents (left) or check out these important topics:

- Making movies with Google Earth
- Using layers
- Using places
- Managing search results
- Measuring Distances and Areas
- Drawing Paths and Polygons
- Using image overlays
- Using GPS devices with Google Earth

### Getting to Know Google Earth

The following diagram describes some of the features available in the main window of Google Earth:

Touring Places

Editing Places and Folders

Managing Search Results

Measuring Distances and Areas

Drawing Paths and Polygons

Using Image Overlays and 3D Models

Importing Your Data Into Google Earth

Using Style Templates

Using GPS Devices with Google Earth

Making Movies with Google Earth

Keyboard Controls

3D Viewer Options




1. **Search panel** - Use this to find places and directions and manage search results.
2. **Overview map** - Use this for an additional perspective of the Earth.
3. **Hide/Show sidebar** - Click this to conceal or the display the side bar (Search, Places and Layers panels).
4. **Placemark** - Click this to add a placemark for a location.
5. **Polygon** - Click this to add a polygon.
6. **Path** - Click this to add a path (line or lines).
7. **Image Overlay** - Click this to add an image overlay on the Earth.
8. **Measure** - Click this to measure a distance or area size.
9. **Email** - Click this to email a view or image.
10. **Print** - Click this to print the current view of the Earth.
11. **Navigation controls** - Use these to tilt, zoom and move around your viewpoint (see below).
12. **Layers panel** - Use this to display points of interest.

13. **Places panel** - Use this to locate, save, organize and revisit placemarks.
14. **3D Viewer** - View the globe and its terrain in this window.
15. **Status bar** - View coordinate, elevation and imagery streaming status here.

## Five Cool, Easy Things You Can Do in Google Earth

Want to jump in and start having fun with Google Earth? Try any of the the following:

1. **View an image of your home, school or any place on Earth**

   - Click *Fly To*. Enter the location in the input box and click the *Search* button. In the search results (Places panel), double click the location. Google Earth flies you to this location.

    Search button

2. **Go on a tour of the world** - In the Places panel, check the *Sightseeing* folder and click the *Play Tour* button:

   

3. **Get driving directions from one place to another and fly (follow) the route** - See Getting Directions and Touring the Route.

4. **View other cool locations and features created by other Google Earth users** - In the Layers panel, check *Community Showcase*. Interesting placemarks and other features appear in the 3D viewer. Double click these points of interest to view and explore. See Using Points of Interest (POIs) for more information.

5. **View 3D terrain of a place** - This is more fun with hilly or mountainous terrain, such as the Grand Canyon. Go to a location (see number 1 above). When the view shows the location, use the tilt slider to tilt the terrain. See Using the Navigational Controls and Tilting and Viewing Hilly Terrain for more information.

    Tilt slider

## New Features in Version 4.0

This version of Google Earth has a number of exciting new features, including:

- Compatibility with Linux
- French, German, Italian, Japanese and Spanish versions
- Mac Plus and Pro versions
- Easier-to-use navigation. This includes diagonal navigation (up arrow + left arrow simultaneously)
- Toolbar buttons
- Integration with Google SketchUp
- Improved menus with new names, locations and shortcuts
- Time feature
- Improved printed driving directions with images

- Expanded printing features
- High-resolution detail area (focus) across entire screen for computers with certain high quality graphic cards. See Viewing Preferences.
- Folders with descendents in the Places and Layers panels can be checked, clear or partially checked
- Region based loading (level of detail)
- KML 2.1

**Installing Google Earth**

For information about installing Google Earth, visit the Google Earth Support Center.

**System Requirements**

To use Google Earth on a Windows PC, you must have at least the following:

- Operating System: Windows 2000, Windows XP
- CPU: 500Mhz, Pentium 3
- System Memory (RAM): 128MB RAM
- Hard Disk: 400MB free space
- Network Speed: 128 Kbits/sec
- Graphics Card: 3D-capable with 16MB of VRAM
- Screen: 1024x768, "16-bit High Color" screen
- For better performance, see Recommended Configuration.

To use Google Earth on a Mac, you must have at least the following:

- Operating System: Mac OS X 10.3.9 or later
- CPU: G3 500Mhz
- System Memory (RAM): 256MB RAM
- Hard Disk: 400MB free space
- Network Speed: 128 Kbits/sec
- Graphics Card: 3D-capable with 16MB of VRAM
- Screen: 1024x768, "Thousands of Colors"
- For better performance, see Recommended Configuration

To use Google Earth on a Linux computer, you must have at least the following:

- Kernel 2.4 or later
- glibc 2.3.2 w/ NPTL or later
- XFree86-4.0 or x.org R6.7 or later
- CPU: 500Mhz, Pentium 3
- System Memory (RAM): 128MB RAM
- Hard Disk: 400MB free space

- Network Speed: 128 Kbits/sec
- Graphics Card: 3D-capable with 16MB of VRAM
- Screen: 1024x768, "16-bit High Color" screen

Note that Google Earth may work on other configurations not explicitly listed here. The recommended configuration for Linux computers:

- Kernel 2.6 or later
- glibc 2.3.5 w/ NPTL or later
- x.org R6.7 or later

Google Earth has been tested on the following GNU/Linux distributions, but certainly works on others:

- Ubuntu 5.10
- Suse 10.1
- Fedora Core 5
- Linspire 5.1
- Gentoo 2006.0
- Debian 3.1
- Red Hat 9

Please make sure your system has properly-configured OpenGL drivers. If Google Earth appears to be slow and unresponsive, it is likely that your system needs different video drivers.

**Additional Support**

In addition to this user guide, Google offers a number of resources that can help you use and enjoy Google Earth. These include:

- FAQs: View a list answers to frequently asked questions (FAQs) about Google Earth.
- Google Earth Help Center: Use the Help Center at any time to find additional information.
- Troubleshooting: View information that specifically pertains to troubleshooting issues with Google Earth.
- Google Earth Community: Learn from other Google Earth users by asking questions and sharing answers on the Google Earth Community forums.

**Navigating in Google Earth**

In Google Earth, you see the Earth and its terrain in the *3D viewer*. You can navigate through this 3D view of the globe in several ways:

- Using a mouse
- Using the navigation controls

You can also manipulate your view of the earth by tilting the terrain for perspectives other than a top down view. Finally, you can reset the default view for a north-up, top-down view wherever you are.

**Using a Mouse**

To get started navigating with your mouse, simply position the cursor in the middle of the 3D viewer (image of the earth), click one of the buttons (right or left), move the mouse and note what happens in the viewer. Depending upon which mouse button you press, the cursor changes shape to indicate a change in behavior. By moving the mouse while pressing one of the buttons, you can:

- Drag the view in any direction
- Zoom in or out
- Tilt the view (requires middle button or scroll wheel)
- Rotate the view (requires middle button or scroll wheel)

The following list describes all the actions you can accomplish using the mouse.

- **Move the view in any direction (north, south, east, or west)** - To move the view, position the mouse cursor on the viewer and press the LEFT/main mouse button.

  Notice that the cursor icon changes from an open hand to a closed hand. Pull the viewer as if the hand cursor is like a hand on an actual globe, and you want to drag a new part of the earth into view.

  

  You can drag in any direction to reveal new parts of the globe, and you can even drag in circular motions.

- **Drift continuously across the earth** - If you want to drift continuously in any direction, hold the left/main mouse button down. Then, briefly move the mouse and release the button, as if you are "throwing" the scene. Click once in the 3D viewer to stop motion.
- **Zoom in** - There are a number of ways to zoom in with the mouse.
  - You can double-click anywhere in the 3D viewer to zoom in to that point. Single-click to stop, or double-click to zoom in more.
  - If your mouse has a scroll wheel, use it to zoom in by scrolling towards you. Use the ALT (alt/option on the Mac) key in combination with the scroll wheel to zoom in by smaller increments. More settings.
  - You can also position the cursor on the screen and press the RIGHT mouse button (CTRL click on the Mac). Once the cursor changes to a double arrow, move the mouse backward or pull toward you, releasing the button when you reach the desired elevation.

    If you want to zoom continuously in, hold the button down and briefly pull the mouse down and release the button, as if you are "throwing" the scene. Click once in the viewer to stop the motion.
  - On some Macintosh laptops, you can drag two fingers across the trackpad to zoom in and out.
- **Zoom out** - There are a number of ways to zoom out with the mouse.

- Using the RIGHT mouse button (CTRL click on the Mac), double-click anywhere in the 3D viewer to zoom out from that point. The viewer will zoom out by a certain amount. Single-click to stop, or right double-click (CTRL click on the Mac) to zoom out more.
- If your mouse has a scroll wheel, you can use the scroll wheel to zoom out by scrolling away from you (forward motion). Use the ALT (alt/option on the Mac) key in combination with the scroll wheel to zoom out by smaller increments. More settings.
- You can also position the mouse cursor on the screen and press the RIGHT mouse button (CTRL click on the Mac).

  Once the cursor changes to a double arrow, move the mouse forward or push away from you, releasing the button when you reach the desired elevation.

  If you want to zoom continuously out, hold the right button (CTRL click on the Mac) down and briefly push the mouse forward and release the button, as if you are "throwing" the scene. Click once in the viewer to stop motion.

- **Tilt the view** - If your mouse has a either middle button or a depressible scroll wheel, you can tilt the view by depressing the button and moving the mouse forward or backward. If your mouse has a scroll wheel, you can tilt the view by pressing the SHIFT key and scrolling DOWN to tilt the earth to "top down" view, or scrolling UP to tilt the earth for horizon view. See Tilting and Viewing Hilly Terrain for more information.
- **Rotate the view** - If your mouse has either a middle button or a depressible scroll wheel, you rotate the view to the left by clicking on the middle button and moving the mouse to the left. To rotate the view right, click on the middle button and move the mouse to the right. You can also use the CTRL (⌘ on the Mac) key in combination with the scroll wheel to rotate the view. Press CTRL (⌘ on the Mac) and scroll UP to rotate clockwise, CTRL (⌘ on the Mac) + scroll DOWN to rotate counter-clockwise. See Tilting and Viewing Hilly Terrain for more information.
- **Mouse Wheel** - See above. To change these settings, click *Tools > Options > Navigation > Navigation Mode > Mouse Wheel Settings* (on the Mac: *Google Earth > Preferences > Navigation > Navigation Mode > Mouse Wheel Settings*). Move the slider to set how fast or slow your viewpoint of the earth zooms in or out. Check *Invert Mouse Wheel Zoom Direction* to reverse the direction of zooming when you use the mouse wheel.
- **Pan and Zoom navigation** - This mode is on by default when you start Google Earth. You can return to this mode from other modes by doing one of the following:
  - Type Ctrl (⌘ on the Mac) +T. When this mode is activated, the cursor changes to a hand symbol.
  - (Windows and Linux) *Tools > Options > Navigation > Navigation Mode > Pan and Zoom* . (Mac) *Google Earth > Preferences > Navigation > Navigation Mode > Pan and Zoom*

  If you use a joystick or other non-mouse controller, you can also change how perspective moves in the 3D viewer under Controller settings. Choose *User-Based* to move your particular vantage point or *Earth Based* to move the globe. Check Reverse Controls to reverse the actions of the joystick.

- **GForce navigation (advanced)** - To change to this navigation mode, do one of the following:
  - Type Ctrl (⌘ on the Mac) + G to change when window focus is in the 3D viewer
  - (Windows and Linux) *Tools > Options > Navigation > Navigation Mode > Flight Control*. (Mac) *Google Earth > Preferences > Navigation > Navigation Mode > Flight Control*

This mode is in effect when the navigation cursor changes to an airplane. In addition, the effects of G-Force mode are most noticeable the closer you are to the terrain, and become less exaggerated the higher your eye elevation. The behavior of this navigation mode simulates that of a joystick, where the direction your mouse moves indicates specific joystick moves. If you are familiar with using a joystick, you'll be able to use this mode easily.

To pan left or right, or to tilt the horizon left or right, left-click and move the mouse right/left of center. To tilt to top-down view, left-click and move the mouse forward (away from you). To tilt to horizon view, left click and move the mouse back (toward you). To accelerate, right-click (CTRL click on the Mac) and move the mouse forward. To decelerate, right-click (CTRL click on the Mac) and move the mouse backward.

The response in the 3D viewer to your mouse movements is related to the vigorousness of your mouse movements, so you can test this mode out slowly using movements.

To return to standard trackball navigation mode, type Ctrl (⌘ on the Mac) + T. To stop motion in the viewer at any time, press the spacebar.

- **Click-and-Zoom navigation** - To change to this navigation mode, choose:
  - (Windows and Linux) *Tools* > *Options* > *Navigation* > *Navigation Mode* > *Click-and-Zoom*
  - (Mac) *Google Earth* > *Preferences* > *Navigation* > *Navigation Mode* > *Click-and-Zoom*

  When the 3D viewer enters this navigation mode, the cursor changes to a cross-hair mark. Here, navigation with the mouse is limited: left-click to zoom in a set distance, and right-click (CTRL click on the Mac) to zoom out a set distance. Use the navigation controls to pan and rotate. Return to the standard trackball mode by typing Ctrl (⌘ on the Mac) +T.

**Using the Navigation Controls**

---

**Note** - To view and use the navigation controls, move the cursor over right corner of the 3D viewer. The navigation controls automatically appear whenever you do this; they fade from sight when you move the cursor elsewhere. See also Showing or Hiding Items in the 3D Viewer.

---

The Google Earth navigation controls offer the same type of navigation action that you can achieve with mouse navigation. In addition, you can use the controls to tilt the view (perhaps for a perspective on terrain) or to rotate the viewer around the center. The following diagram shows the controls and explains their functions.



1. Use the tilt slider to tilt the terrain toward a horizon view. Move the slider to the left for a top-down view or to the right for a horizon view. Click the icons at the end of the slider to reset the tilt all the way to a top-down view or to a horizon view.
2. Use the joystick to move the center point of the view down, up, right or left. Click the center, hold the mouse button, and move in any direction.
3. Click the direction arrows to move the view in the direction you wish.
4. Click the north up button to reset the view so that north is at the top of the screen.
5. Use the zoom slider to zoom in or out (+ to zoom in, - to zoom out). Click the icons at the end of the slider to reset the zoom all the in or out.
6. Click and drag the navigation ring to rotate the view.

---

**Note:** You can also use the keyboard to control navigation, see 3D Viewer Navigation in Keyboard Controls for more information.

---

**Tilting and Viewing Hilly Terrain**

When you first start Google Earth, the default view of the earth is a "top-down" view, which looks like the view straight down out of an airplane window when you are sufficiently zoomed in.

- **Tilt the terrain from 0 - 90 degrees** - You can use the mouse or the navigation controls to tilt the view in order to see a different perspective of the area you're exploring. You can tilt to a maximum of 90 degrees, which provides a view of the object as well as the horizon, in some cases.
- **Turn on terrain** - Using the tilt feature is particularly interesting when you are looking at a part of the earth where the terrain is hilly, so be sure to also have the terrain check box selected in the Layers panel when tilting the view.
- **Rotate the view for a new perspective** - Once you have tilted the view so that you are looking at a particular object, such as a hill, you can also rotate around that object. When you do this, the object remains in the center of the view, but you look at it from different perspectives (i.e., north, south, east, west) as you rotate around it.
- **Use the middle mouse button (if available) for seamless movement** - If your mouse has a middle button or a depressible scroll wheel, you can depress the button to both tilt and rotate the view. Movements up or down tilt the view, and movements left or right rotate the view. See Using a Mouse for more information.

The following figures show a comparison view of Mount Shasta in California with and without tilt enabled.


Top down view


Tilted view

You can adjust the appearance of the terrain if you would like the elevation to appear more pronounced. To do this, click *Tools* > *Options* > *3D View* from the *Tools* menu (for the Mac, choose *Google Earth* > *Preferences* > *3D View*) and change the *Elevation Exaggeration* figure. You can set it to any value from 1 to 3, including decimal points. A common setting is 1.5, which achieves an obvious yet natural elevation appearance. See Viewing Preferences for more information.

**Resetting the Default View**

After tilting and rotating the 3D view in Google Earth, you can always quickly reset to the default north-up and top-down view by clicking on the appropriate buttons in the navigation controls.

- Click the North-up button to reset the view so that north is at the top of the viewer.
- Click the Reset Tilt button to reset tilt to the default "top-down" view.
- (Windows and Linux only) Click in the 3D viewer and type r on the keyboard to reset the view (see Keyboard Controls for more).

---

**Note** - To quickly return to a known, familiar spot if you get lost, click on the *default* placemark in the *My Places* folder. This returns you to the center of your country (or a country that speaks your language). You can also edit the location and name for that *Default* placemark if you want to. See Editing Places and Folders for more information.

---

Consider also using the Overview Map Window as a way to provide an additional perspective on your location, especially when you are zoomed in to unfamiliar places.



©2006 Google - Google Home - About Google