# EXHIBIT 10

| Index | Profile | Search | Help | Members | Groups | Messages | Login |
|---|---|---|---|---|---|---|---|
| Register | | | | | | | |

**Illuminator Flagpoles**
Heavy Duty Flagpoles / Flagpole Lighting Built-in www.flagpolewarehouse.com
Ads by Google                                           Advertise on this site

### Scroll Wheel Zooming

[New Post]  [Reply]   DesignCommunity Forum Index » PowerCADD Discussion

View previous topic :: View next topic

| Author | Message | |
|---|---|---|
| **Alfred Scott**<br><br>Joined: 15 Apr 2004<br>Posts: 428<br>Location: Richmond, VA | Posted: Fri Sep 15, 2006 8:10 am    Post subject: Scroll Wheel Zooming | [quote] [search] |

I never stop being amazed at the different way you look at PowerCADD and WildTools when you spend a lot of time working with it. I know what happens to me is that I suddenly see things that never bothered me before, or which seemed right, and which suddenly look all wrong. (And at times like this, I wish I could be a normal person, like everyone else!)

First, the 'history' of the feature.

Clayton Hayes first contacted me about this a number of years ago. It was something that they had in AutoCAD, and he thought it was a great idea and would be a great addition to the PowerCADD world. I thought so too, and also that this was the best idea I had heard from a user in five years. I still think it's a fantastic idea.

So I started out by buying a Microsoft Mouse with a scrolling wheel, and implemented something called Zoom in Now, which required that you assign command keys in a very awkward way. But it worked. It's obviously something that belonged in PowerCADD, so ES did it, and it's great.

What I did was to implement it so that you zoomed in when you rolled the scroll wheel forward, and zoomed out when you rolled the scroll wheel toward you. And that's the same way that it's done in PowerCADD. At the time, it seemed to be the only sensible way, so you roll the scroll wheel forward for "I go in" and back for "I go back". In other words, you are thinking of the zooming in terms of yourself.

But I've now been using a scrolling mouse for quite a while, and I use it both for scrolling a page, say on the Internet using a browser, or when programming, and then when I start drawing in PowerCADD, suddenly it all seems 'wrong'. It took me a while to realize what is going on.

When scrolling a page, I think in terms of the page, so I roll the wheel toward me to pull the page down, and roll it forward to push the page up. So when you think in terms of the page, and not yourself, then when you switch to PowerCADD, when I want to zoom in, I roll the wheel toward me to pull the page toward me, and roll it away from me to push the page away from me.

Someone mentioned that Google Earth had the zooming 'backwards' and I just checked it and it does work exactly the opposite way it does in PowerCADD. Or, said another way, Google Earth works the way I now think it should work.

Clayton Hayes says the way it works now in PowerCADD is the same way it works in AutoCAD and Adobe Acrobat. I can understand that, but I also think making something work one way because AutoCAD does it is getting your thinking backwards. If we all thought like that, we'd all be using AutoCAD.

If we had to do it all over again, I certainly would have done it the way it's now done in Google Earth, and I'd like to advocate that PowerCADD give the user the option of 'saying' which way the zooming works.

Alfred

Back to top       [profile] [pm] [email] [www]

| **PaulH**<br>Joined: 16 Apr 2004<br>Posts: 18<br>Location: Los Angeles, CA | Posted: Fri Sep 15, 2006 8:37 am    Post subject: | [quote] [search] |

I agree with you Alfred. In my case, the zoom has always felt awkward and I would prefer the choice. Google Earth got it right. And your adaptive flexibility is impressive Alfred.

Paul



## Discussion Groups — Autodesk

Ground Rules - Help | Login

Search Groups    AutoSketch                                           < Back to Topic Index

Discussion Groups Index > AutoSketch Groups > AutoSketch > scroll with microsoft mouse
You currently have browse capabilities only. Please log in for additional capabilities.

**scroll with microsoft mouse** (6 replies)

**Posted by:** rlinger
**Date:** Jan/05/06 - 20:05 (GMT)

I'm using AutoSketch 8.0 build 23, and I just installed a new Microsoft 4 way scrolling mouse, but I can no longer scroll up or down my drawings. I can only zoom in or out by using the mouse wheel. I have tried playing with the mouse driver/setup program, but that doesn't do anything for AutoSketch. Has anyone else had this issue, and if so can anything be done about it. I would like to be able to "pan" up and down the drawing, not zoom in and out by using the mouse wheel.

Thanks,
Rob

> **Reply From:** Harvey
> **Date:** Jan/05/06 - 20:21 (GMT)
> **Re: scroll with microsoft mouse**
> Try pressing the wheel down and holding it. Then move the mouse left and
> right, up or down. See if that works.
>
> Google Earth has the facility of pressing the wheel down and
> simultaneously LEFT-clicking for interesting effects. Try all those
> combinations, see what happens.
>
> H
>
> rlinger wrote:
> > I'm using AutoSketch 8.0 build 23, and I just installed a new Microsoft 4 way scrolling mouse, but I can no longer scroll up or
> > down my drawings. I can only zoom in or out by using the mouse wheel. I have tried playing with the mouse driver/setup
> > program, but that doesn't do anything for AutoSketch. Has anyone else had this issue, and if so can anything be done about it.
> > I would like to be able to "pan" up and down the drawing, not zoom in and out by using the mouse wheel.
> >
> > Thanks,
> > Rob
>
> > **Reply From:** rlinger
> > **Date:** Jan/13/06 - 19:46 (GMT)
> > **Re: scroll with microsoft mouse**
> > I can pan left and right without a problem with the new mouse, but pressing down the wheel while turning the wheel
> > disables the wheel.
> >
> > Thanks for the suggestion though.

> **Reply From:** Ray Mack
> **Date:** Jan/06/06 - 08:39 (GMT)
> **Re: scroll with microsoft mouse**
> Try Holding Control While Scrolling.This changes from zoom to scroll.
> Ray
> wrote in message news:5051571@discussion.autodesk.com...
> I'm using AutoSketch 8.0 build 23, and I just installed a new Microsoft 4
> way scrolling mouse, but I can no longer scroll up or down my drawings. I
> can only zoom in or out by using the mouse wheel. I have tried playing with
> the mouse driver/setup program, but that doesn't do anything for AutoSketch.
> Has anyone else had this issue, and if so can anything be done about it. I
> would like to be able to "pan" up and down the drawing, not zoom in and out
> by using the mouse wheel.
>
> Thanks,
> Rob
>
> > **Reply From:** rlinger
> > **Date:** Jan/13/06 - 19:44 (GMT)
> > **Re: scroll with microsoft mouse**
> > holding the Ctrl key while scrolling still resulted in zooming and not scrolling, oh well, I'll just have to get used to it.

> **Reply From:** BJH
> **Date:** Jan/18/06 - 17:08 (GMT)
>
> **Re: scroll with microsoft mouse**
> On Thu, 5 Jan 2006 20:05:41 +0000, rlinger wrote:
>
> > I'm using AutoSketch 8.0 build 23, and I just installed a new Microsoft 4
> > way scrolling mouse, but I can no longer scroll up or down my drawings.
> > I can only zoom in or out by using the mouse wheel. I have tried

> playing with the mouse driver/setup program, but that doesn't do
> anything for AutoSketch. Has anyone else had this issue, and if so can
> anything be done about it. I would like to be able to "pan" up and down
> the drawing, not zoom in and out by using the mouse wheel.

I don't know if I understand your problem correctly but I recently installed a cordless Logitech mouse that didn't work properly to start with, I could zoom in and out by rotating the wheel but I couldn't pan across the drawing.

My action to pan across the drawing is to press down on the wheel and then drag the mouse whilst holding the wheel down.

Is this what you are trying?

I solved the problem for my installation by reconfiguring the wheel button to act as a 'middle button' (Logitech's term not mine) The mouse by default set the wheel button action to 'Auto Scroll' which doesn't work correctly for me with AutoSketch 8.0

HTH

--
Regards
Barry

**Reply From: Dave-CSMW**
**Date: Feb/14/06 - 22:58 (GMT)**
**Re: scroll with microsoft mouse**
I use a Microsoft IntelliMouse Explorer 4.0 and I had the same problem. The default setting in Intellipoint (mouse properties) for the wheel button is "next window", using this setting I could not pan at all using the wheel button in ACAD. When I changed the wheel button setting to "autoscroll" or "enter" pan works as it should. Hope this helps.

© Copyright 2006 Autodesk, Inc. All rights reserved. Legal Notices & Trademarks - Privacy Policy