UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

 Plaintiff,
vs.

**GOOGLE INC.**,

 Defendant.
_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** came before the Court on the Defendant, Google Inc.'s Request for Hearing on Motion for Summary Judgment and Attorneys' Fees, filed on February 8, 2007 (D.E. 52). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Request (D.E. 52) is **GRANTED**. The undersigned shall hear oral argument on the Motion for Summary Judgment and Attorneys' Fees on **Thursday, February 22, 2007 at 8:30 a.m.** in the 4th floor courtroom at 301 North Miami Avenue, Miami, Florida 33128. Ninety minutes have been reserved for this hearing. The parties are to contact the Court's courtroom deputy if additional time will be required for the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of February, 2007.

               *Cecilia M. Altonaga*
               **CECILIA M. ALTONAGA**
               **UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
   Counsel of record