# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The undersigned hereby moves this Court for a withdrawal of counsel, Christopher & Weisberg, P.A., and all its attorneys of record in the above-styled action, namely Allen D. Brufsky, Alan M. Weisberg, and Joseph R. Englander, pursuant to Local Rules 7.1A.1.(f) as follows:

Christopher & Weisberg, P.A. and its attorneys no longer represent Plaintiff F&G and therefore respectfully requests a withdrawal of its counsel of record.  The undersigned certifies that F&G is in agreement with the withdrawal and substitution being requested.

Notice is hereby given that Allen D. Brufsky, no longer associated with Christopher & Weisberg, P.A., and now of Allen D. Brufsky, P.A., is being substituted as counsel, as he currently represents F&G in this matter.  The undersigned certifies that F&G has expressed its approval for this substitution of counsel.

Christopher & Weisberg, P.A. and its attorneys stand by the allegations made by plaintiff in the Complaint as set out in F&G's opposition to Google's Motion for Summary Judgment and

Attorneys Fees. Similarly, this Motion is not an admission of any impropriety on the part of Christopher & Weisberg, P.A. or its attorneys. However, this Motion is not a waiver of any claim Plaintiff may have against Christopher & Weisberg, P.A. and Christopher & Weisberg shall remain subject to the jurisdiction of the Court in connection with any award arising from allegations related to U.S. Patent No. 5,313,229, including but not limited to, those described in the pending Motion for Summary Judgment and Attorneys Fees. Christopher & Weisberg, P.A. further requests that it be served with any pleadings and correspondence relating to any claim by Plaintiff and that the Court allow Christopher & Weisberg, P.A. to be represented at any hearing related thereto.

Therefore, subject to the above, all pleadings motion, correspondence, discovery material, and all other papers in this action shall be served and/or forwarded to Allen D. Brufsky, Florida Bar Number 133980, Allen D. Brufsky, P.A., 475 Galleon Drive, Naples, Florida 34102, telephone 239-963-9641, facsimile 239-263-3441, and email abrufs@aol.com.

In accordance with Local Rules 7.1A.3, the undersigned hereby certifies that all parties and counsel of record for both Plaintiff and Defendant do not oppose the requested relief.

WHEREFORE, the undersigned prays this Court withdraws counsel of record and substitute new counsel as stated herein.

Dated: February 12, 2007  
      Fort Lauderdale, Florida

Respectfully Submitted,

 s/ Alan M. Weisberg  
Alan M. Weisberg, Esq.  
Florida Bar Number 479349  
aweisberg@cwiplaw.com  
CHRISTOPHER & WEISBERG, P.A.  
200 East Las Olas Boulevard, Suite 2040  
Fort Lauderdale, Florida 33301  
Telephone: (954) 828-1488  
Facsimile: (954) 828-9122  
*Attorneys for Plaintiff, F & G Research, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this __12th__, day of February, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer, Esq. and Ramsey Al-Salam, Esq.**, and I certify that I have mailed by United States Postal Service the document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

 s/ Alan M. Weisberg  
Alan M. Weisberg, Esq.

70659