UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

   Plaintiff,

vs.

GOOGLE INC.,

   Defendant.

### ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**THIS CAUSE** came before the Court upon the Unopposed Motion for Withdrawal and Substitution of Counsel. The Court having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED. Christopher & Weisberg, P.A. and all its attorneys are hereby withdrawn as counsel of record for Plaintiff F & G Research Inc. Allen D. Brufsky of Allen D. Brufsky P.A. is hereby substituted as counsel for Plaintiff. The Clerk is directed to update the records accordingly.

Christopher & Weisberg, P.A. shall be served with any pleadings and correspondence related to the pending Motion for Summary Judgment and Attorneys Fees and Christopher & Weisberg, P.A. shall be provided with notice of, and may be represented at, any hearing related thereto.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___, day of February, 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsels of record