## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

### JOINT MOTION FOR ENLARGEMENT OF TIME
### FOR CLAIM CONSTRUCTION BRIEFING

F&G Research, Inc. and Google Inc. (collectively, "the Parties"), by and through their respective counsel, hereby file this Joint Motion for Enlargement of Time for Claim Construction Briefing ("Joint Motion") and respectfully state as follows.

On February 12, 2007, the Court scheduled a hearing on Google's Motion for Summary Judgment and Attorneys' Fees ("Summary Judgment Motion") for February 22, 2007. Both parties believe it will be beneficial to resolve the issues presented in the Summary Judgment Motion before engaging in claim construction. Accordingly, the parties request an extension of the claim construction briefing deadlines commensurate with the scheduled hearing date. The dates proposed in this Joint Motion do not alter the dates for the claim construction hearing or trial.

The claim construction deadlines were initially established in this Court's Order on October 3, 2006 (D.E. #27) and were extended by this Court's Order dated December 29, 2006 (D.E. #48). The parties request an additional extension of these deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Briefs | February 16, 2007 | March 9, 2007 |
| Rebuttal Briefs | March 9, 2007 | March 23, 2007 |
| Markman Hearing | April 2-3 | Unchanged |

Respectfully submitted this 12th day of February, 2007.

/s/  Allen Brufsky
Allen Brufsky, Esq.
Florida Bar Number 133980
ABrufsky@cwiplaw.com
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone:  (954) 828-1488
Facsimile:   (954) 828-19122

*Attorneys for Plaintiff, F&G Research, Inc.*

/s/ Gregory L. Hillyer
Gregory L. Hillyer, Esq.
Florida Bar Number 682489
GHillyer@feldmangale.com
FELDMAN GALE, P.A.
Miami Center – 19th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-5001
Facsimile:   (305) 358-3309

*Attorneys for Defendant, Google Inc.*
.