## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## ORDER ON JOINT MOTION FOR ENLARGEMENT
## OF TIME FOR CLAIM CONSTRUCTION BRIEFING

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time for Claim Construction Briefing ("Motion for Enlargement of Time"). The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Enlargement of Time is GRANTED. The parties are to be governed by the claim construction briefing dates set forth in the Motion for Enlargement of Time.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this

_____ day of February, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies Furnished To:

Counsel of Record