## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## AGREED MOTION TO ACCESS THE
## COURTHOUSE WITH ELECTRONIC DEVICES

        Pursuant to the Unites States District Southern District's Notice re: Prohibited Electronic Devices, Defendant Google Inc. ("Google") respectfully requests from this Court an Order authorizing Google to bring specific electronic devices into the Courthouse based upon the following grounds:

        1.      A hearing has been set on Google's Motion for Summary Judgment and Attorneys' Fees for Thursday, February 22, 2007 at 8:30 a.m. in the 4th floor courtroom at 301 North Miami Avenue, Miami, Florida 33128.

        2.      Google wishes to present part of its argument at the hearing by power point from laptop computers, projected onto a screen in the courtroom, to assist the Court.

        3.      Pursuant to the Notice re: Prohibited Electronic Devices cited in the Local Rules, electronic devices including laptop computers and projectors may not be brought into the courtroom absent a request signed by the Judge, forwarded to the U.S. Marshall for verification, allowing a specific person to the Courthouse with a specific electronic device for a specific purpose and period of time.

WHEREFORE, Google respectfully moves the Court to enter an Order requesting the U.S. Marshall to allow the following for the hearing beginning Thursday, February 22, 2007 at 8:30 a.m. for a period of approximately two (2) hours:

Gregory L. Hillyer, Counsel for Google, to enter the Courthouse with (1) one ASK Proxima C185 Projector, Serial Number ATPV64300182, with In Focus Remote and power and adaptor cords; and (2) one HP Compaq nx9030 laptop, Serial Number PH855AA#ABA, and power cords.

The parties request that the Court forward a copy of the Order entered on this Motion to the Office of the United States Marshall for verification as required by law.  A proposed Order is attached hereto for the Court's convenience.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1.A.3, on February 13, 2007, undersigned counsel conferred with Allen D. Brufsky, counsel for F&G Research, Inc., in a good faith effort to resolve the issues raised by this motion.  Mr. Brufsky had no objection to the relief sought and authorized this motion to be filed as an agreed motion.

Dated: February 13, 2007

Respectfully Submitted,

FELDMAN GALE, P.A.

s/ Gregory L. Hillyer
Gregory L. Hillyer
Florida Bar No. 682489
Email: ghillyer@feldmangale.com
Miami Center, Suite 1920
201 South Biscayne Blvd.
Miami, FL  33131
Telephone:  305.358.5001
Facsimile:  305.358.3309

-AND-

PERKINS COIE LLP
Ramsey M. Al-Salam, *Pro Hac Vice*
Email:  ralsalam@perkinscoie.com
Ryan McBrayer, *Pro Hac Vice*
Email:  rmcbrayer@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC.  I also certify that the document listed above is being served this day on Allen D. Brufsky, Esq., Allen Brufsky, P.A., 475 Galleon Drive, Naples, Florida 34102, via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Gregory L. Hillyer

3