UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING AGREED MOTION TO ACCESS THE
COURTHOUSE WITH ELECTRONIC DEVICES**

THIS CAUSE having come before the Court upon Defendant Google Inc.'s Agreed Motion to Access the Courthouse with Electronic Devices ("Motion") [D.E. 58], and the Court having considered the Motion and being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion [D.E. 58] is hereby GRANTED. It is:

FURTHER ORDERED AND ADJUDGED that the U.S. Marshall shall allow Gregory L. Hillyer, counsel for Google Inc., to enter the Courthouse at 301 North Miami Avenue, Miami, Florida 33128 on Thursday, February 22, 2007 at 8:30 a.m. for the hearing on Google's Motion for Summary Judgment and Attorneys' Fees, with the following:

1.     One ASK Proxima C185 Projector, Serial Number ATPV64300182, including In Focus Remote and power and adaptor cords; and

2.     One HP Compaq nx9030 laptop, Serial Number PH855AA#ABA, including power cords.

A copy of this Order will be forwarded to the office of the United States Marshall for verification as required by law.

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this 14th day of February, 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record
Magistrate Judge William C. Turnoff
U.S. Marshall