**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 06-60905-CIV-ALTONAGA/Turnoff**

**F & G RESEARCH, INC.**,

    Plaintiff,
vs.

**GOOGLE INC.**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court for a hearing on February 22, 2007, upon Defendant, Google Inc.'s Motion for Summary Judgment and for Attorneys' Fees [D.E. 43], filed on December 12, 2006. For the reasons stated in open Court, it is

**ORDERED AND ADJUDGED** that the parties shall file by **March 2, 2007**, a report informing the Court of the status of Defendant's Motion.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 22nd day of February, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record