UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## JOINT STATUS REPORT

    F&G Research, Inc. and Google Inc. (collectively, "the Parties"), by and through their respective counsel, and pursuant to the Court's Order dated February 22, 2007 (Dkt. #60), hereby submit this Joint Status Report to inform the Court of the status of Google Inc.'s Motion for Summary Judgment and Attorneys' Fees (Dkt. #42) ("Motion"). The Parties regret to inform the Court that they have been unable to resolve the dispute underlying the Motion. Accordingly, the Parties respectfully request that the Court rule on the Motion.

Respectfully submitted this 2nd day of March, 2007.

| | |
|---|---|
| s/ Allen Brufsky | s/ Gregory L. Hillyer |
| Allen Brufsky, Esq. | Gregory L. Hillyer, Esq. |
| Florida Bar Number 133980 | Florida Bar Number 682489 |
| abrufs@aol.com | GHillyer@feldmangale.com |
| ALLEN BRUFSKY, P.A. | FELDMAN GALE, P.A. |
| 475 Galleon Drive | Miami Center – 19th Floor |
| Naples, Florida 34102 | 201 South Biscayne Boulevard |
| Telephone: (239) 963-9641 | Miami, Florida 33131 |
| Facsimile: (239) 263-3441 | Telephone: (305) 358-5001 |
| | Facsimile: (305) 358-3309 |
| *Attorneys for Plaintiff, F&G Research, Inc.* | |
| | *Attorneys for Defendant, Google Inc.* |