# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

       Plaintiff,

v.

GOOGLE INC.,

       Defendant.

## JOINT MOTION FOR CONTINUANCE OF
## CLAIM CONSTRUCTION DEADLINES

F&G Research, Inc. and Google Inc. (collectively, "the Parties"), by and through their respective counsel, hereby file this Joint Motion for Continuance of the Claim Construction Deadlines ("Joint Motion") and respectfully state as follows.

On February 22, 2007, the Court conducted a hearing on Google's Motion for Summary Judgment and Attorneys' Fees ("Summary Judgment Motion") (D.E. #43). At the close of the hearing, the Court directed the Parties to file a report informing the Court of the status of the Summary Judgment Motion on or before March 2, 2007. This directive was memorialized in an Order issued later that day (D.E. #60). On March 2, 2007, the Parties filed a Joint Status Report advising the Court that the Summary Judgment Motion had not been resolved and requesting that the Court rule on the same (D.E. #61).

Given the nature of the Summary Judgment Motion, the Parties believe it will be beneficial to resolve the issues presented therein before engaging in claim construction. Accordingly, the Parties respectfully request a continuance of the deadlines relating to claim construction until the Court rules on the Summary Judgment Motion. Specifically, the parties

request a continuance of the deadlines for opening briefs (March 9, 2007); rebuttal briefs (March

23, 2007); and the Markman Hearing (April 2-3), with these dates to be reset, if necessary, at the

Court's discretion.  A proposed order is attached hereto for the Court's convenience.


Respectfully submitted this 7th day of March, 2007.



s/ Allen Brufsky                                            s/ Gregory L. Hillyer
Allen Brufsky, Esq.                                       Gregory L. Hillyer, Esq.
Florida Bar Number 133980                         Florida Bar Number 682489
ABrufsky@cwiplaw.com                             GHillyer@feldmangale.com
CHRISTOPHER & WEISBERG, P.A.         FELDMAN GALE, P.A.
200 East Las Olas Boulevard, Suite 2040     Miami Center – 19th Floor
Fort Lauderdale, Florida 33301                    201 South Biscayne Boulevard
Telephone:  (954) 828-1488                         Miami, Florida  33131
Facsimile:   (954) 828-19122                        Telephone:  (305) 358-5001
                                                                    Facsimile:   (305) 358-3309
*Attorneys for Plaintiff, F&G Research, Inc.*
                                                                    *Attorneys for Defendant, Google Inc.*
                                                                    .