UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

  Plaintiff,

v.

GOOGLE INC.,

  Defendant.

**ORDER ON JOINT MOTION FOR CONTINUANCE
OF CLAIM CONSTRUCTION DEADLINES**

THIS CAUSE is before the Court upon the Parties' Joint Motion for Continuance of Claim Construction Deadlines ("Motion for Continuance"). The Court, having considered the Motion for Continuance, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Continuance is GRANTED. The deadlines relating to claim construction, including the dates for the opening briefs, rebuttal briefs and the Markman hearing, are continued until further notice.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of March, 2007.

                _____
                CECILIA M. ALTONAGA
                United States District Judge

Copies Furnished To:

Counsel of Record