# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

                Plaintiff,

v.

GOOGLE INC.,

                Defendant.

_____

## NOTICE OF CORRECTION OF SIGNATURE BLOCK OF JOINT MOTION
## FOR CONTINUANCE OF CLAIM CONSTRUCTION DEADLINES

On March 7, 2007, F&G Research, Inc. and Google Inc. (collectively, "the Parties"), by and through their respective counsel, filed a Joint Motion for Continuance of the Claim Construction Deadlines ("Joint Motion") (D.E. #63). The Joint Motion is attached hereto as Exhibit "A." The signature block on the Joint Motion for Allen Brufsky, counsel for F&G Research, Inc., inadvertently reflected his prior law firm, which has now withdrawn from the case. Accordingly, the signature block for Mr. Brufsky on the Joint Motion is hereby corrected to reflect the following:

Allen Brufsky, Esq.
Florida Bar Number 133980
abrufs@aol.com
ALLEN BRUFSKY, P.A.
475 Galleon Drive
Naples, Florida 34102
Telephone: (239) 963-9641
Facsimile: (239) 263-3441

Respectfully submitted this 7th day of March, 2007.

s/ Gregory L. Hillyer
Gregory L. Hillyer, Esq.
Florida Bar Number 682489
GHillyer@feldmangale.com
FELDMAN GALE, P.A.
Miami Center – 19th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-5001
Facsimile:   (305) 358-3309

*Attorneys for Defendant, Google Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC.  I also certify that the document listed above is being served this day on Allen D. Brufsky, Esq., Allen Brufsky, P.A., 475 Galleon Drive, Naples, Florida 34102, via transmission of Notices of Electronic Filing generated by CM/ECF.

_____s/ Gregory L. Hillyer_____