# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

    Plaintiff,
vs.

**GOOGLE INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on February 22, 2007, upon Defendant, Google Inc.'s Motion for Summary Judgment and for Attorneys' Fees [D.E. 43], filed on December 12, 2006. In its presentation, Defendant referred to PowerPoint slides and cited to certain unpublished Southern District of Florida case law. Accordingly, it is

**ORDERED** that Defendant provide copies of both the PowerPoint slides and all unpublished case law Defendant referred to in its presentation to the Court, forthwith.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 7th day of March, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record