# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## ORDER ON JOINT MOTION FOR CONTINUANCE
## OF CLAIM CONSTRUCTION DEADLINES

THIS CAUSE is before the Court upon the Parties' Joint Motion for Continuance of Claim Construction Deadlines ("Motion for Continuance") [D.E. 63]. The Court, having considered the Motion for Continuance, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Continuance [D.E. 63] is GRANTED. The deadlines relating to claim construction, including the dates for the opening briefs, rebuttal briefs and the Markman hearing, are continued until further notice.

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 7th day of March, 2007.

_Cecilia M. Altonaga_

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies Furnished To:

Magistrate Judge William C. Turnoff
counsel of Record