UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NO. 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## JOINT REPORT REGARDING CLAIM CONSTRUCTION BRIEFING

The Court's Summary Judgment Order of March 28, 2007 (D.E. #67) provides that the parties shall file a joint scheduling report containing proposed dates for claim construction briefing. Order at p. 19. The parties have conferred, and have agreed to pursue a neutral evaluation/mediation concerning plaintiff's claim of direct infringement of claim 12 of the patent-in-suit. In the interim, the parties have agreed not to pursue discovery or claim construction. For those reasons, the parties suggest that claim construction briefs be submitted on July 16, 2007, with rebuttal briefs due on August 2, 2007, and a Markman hearing scheduled on or about August 20, 2007. This schedule should provide the parties an opportunity to complete the neutral evaluation/mediation identified above. A proposed order is attached hereto for the Court's convenience.

91004-1100/LEGAL13149030.1

Dockets.Justia.com

Respectfully submitted this 9th day of April, 2007.

| | |
|---|---|
| **FELDMAN GALE P.A.** | **ALLEN D. BRUFSKY, P.A.** |
| By: s/ Gregory L. Hillyer | By: s/ Allen D. Brufsky |
| Gregory L. Hillyer, Esq. (FBN 0055360)<br>GHillyer@FeldmanGale.com<br>Miami Center, 19th Floor<br>201 South Biscayne Blvd.<br>Miami, FL 33131-4332<br>Telephone: 305-358-5001<br>Fax: 305-358-3309 | Allen D. Brufsky, Esq. (FBN 0133980)<br>abrufs@aol.com<br>475 Galleon Drive<br>Naples, FL 34102<br>Telephone: 239-963-9641<br>Fax: 239-263-3441 |
| Of Counsel:<br>Ramsey M. Al-Salam (Pro Hac Vice)<br>Ryan McBrayer, (Pro Hac Vice)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | *Attorneys for Plaintiff F&G Research, Inc.* |
| *Attorneys for Defendant Google Inc.* | |