## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## ORDER ON JOINT REPORT REGARDING
## CLAIM CONSTRUCTION BRIEFING

    THIS CAUSE is before the Court upon the parties' Joint Report Regarding Claim Construction Briefing ("Joint Report"). The Court, having considered the Joint Report, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

    The schedule set forth in the Joint Report is APPROVED. The parties are to be governed by the briefing deadlines set forth in the Joint Report. A Markman hearing is tentatively scheduled for August 20, 2007, subject to further revision by the Court.

    **DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of April, 2007.

                                                                       _____
                                                                     CECILIA M. ALTONAGA
                                                                       United States District Judge

Copies Furnished To:

Counsel of Record