# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

      Plaintiff,

v.

GOOGLE INC.,

      Defendant.

## ORDER ON JOINT REPORT REGARDING CLAIM CONSTRUCTION BRIEFING

**THIS CAUSE** came before the Court upon the parties' Joint Report Regarding Claim Construction Briefing ("Joint Report") [D.E. 68]. The Court, having considered the Joint Report, and otherwise being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

The schedule set forth in the Joint Report **[D.E. 68]** is **APPROVED** in part. The parties are to be governed by the following deadlines: claim construction briefs are to be submitted on **June 29, 2007**, with rebuttal briefs due on **July 16, 2007**. A Markman hearing is tentatively scheduled for **August 1, 2007**, beginning at 9:00 a.m., subject to further revision by the Court.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 12th day of April, 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Magistrate Judge William C. Turnoff
counsel of Record