# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the offices of Feldman Gale, P.A., counsel for Defendant Google Inc., will be relocating and notice is hereby given to counsel of record and this Court that the new address as of April 23, 2007, will be as follows:

**Feldman Gale, P.A.**
**One Biscayne Tower – 30th Floor**
**2 South Biscayne Boulevard**
**Miami, Florida  33131**

Telephone and facsimile numbers will remain as follows:

Tel:    (305) 358-5001
Fax:    (305) 358-3309

Respectfully submitted,

FELDMAN GALE, P.A.
Miami Center – 19th Floor
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-5001
Facsimile:   (305) 358-3309

By:  s/ Gregory L. Hillyer
Florida Bar Number 682489
GHillyer@feldmangale.com

*Attorneys for Defendant, Google Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2007, I electronically filed the Notice of Change of Address with the Clerk of the Court using CM/EFC.  I also certify that the foregoing document is being served this day on Allen D. Brufsky, Esq., Allen Brufsky, P.A., 475 Galleon Drive, Naples, Florida  34012 via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Gregory L. Hillyer