# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

## NOTICE OF DEPOSITION DUCES TECUM

TO:    Gregory Hillyer, Esq.
        FELDMAN GALE, P.A.
        One Biscayne Tower – 30th Floor
        2 South Biscayne Boulevard
        Miami, Florida 33131

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff F & G Research, Inc. ("F&G") will take the deposition upon oral examination of **Brian McClendon,** before a notary public or an officer duly authorized to administer oaths and take depositions in the State of California, on **Friday, May 25, 2007, commencing at 10:00 a.m., at the offices of Pulone & Stromber, 1550 The Alameda, Suite 150, San Jose, California 95126, Telephone number (408) 280-1252.**

The matters on which the examination is requested are:

1.    Those documents in Defendant's possession, custody or control relating to:

- Instruction and use of a scrolling mouse with the Google Earth software;

1

- All versions of the Google Earth software that is being sold; and
- Advertising revenue generated for free versions of Google Earth software.

The oral examination will continue from day to day during normal business hours until completed.

The depositions are being taken for the purposes of discovery, for use at trial, and for such other purposes as are permitted under applicable law and rules of court.

The depositions shall be taken by stenographic means and maybe audio-taped or video-taped.

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: May 21st, 2007     By:     s/ Allen D. Brufsky
Allen D. Brufsky, Esq.
Florida Bar Number 133980
475 Galleon Drive
Naples, Florida 34102
(239)-963-9641 (tel)
(239)-263-3441 (fax)
abrufs@aol.com (Email)
*Attorneys for the Plaintiff,*
*F & G Research, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st, day of May, 2007, a true and correct copy of the foregoing document was served via facsimile, email, and confirmation copy via US Mail on:

Gregory Hillyer, Esq.
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-3309 (fax)


Ramsey Al-Salam, Esq.
PERKINS COIE, LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
(206) 359-7385 (fax)

                                      s/ Allen D. Brufsky
                                      Allen D. Brufsky, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

      Plaintiff,

vs.

GOOGLE INC.,

      Defendant.

### NOTICE OF DEPOSITION DUCES TECUM

TO:    Gregory Hillyer, Esq.
         FELDMAN GALE, P.A.
         One Biscayne Tower – 30th Floor
         2 South Biscayne Boulevard
         Miami, Florida 33131

      PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff F & G Research, Inc. ("F&G") will take the deposition upon oral examination of **Marketing Director of Google, Inc.,** before a notary public or an officer duly authorized to administer oaths and take depositions in the State of California, on **Friday, May 25, 2007, commencing at 2:00 p.m., at the offices of Pulone & Stromber, 1550 The Alameda, Suite 150, San Jose, California 95126, telephone number (408) 280-1252.**

      The matters on which the examination is requested are:

1.    Those documents in Defendant's possession, custody, or control relating to:

- Instruction and use of a scrolling mouse with the Google Earth software;

1

- All versions of the Google Earth software that is being sold; and
- Advertising revenue generated for free versions of Google Earth software.

The oral examination will continue from day to day during normal business hours until completed.

The depositions are being taken for the purposes of discovery, for use at trial, and for such other purposes as are permitted under applicable law and rules of court.

The depositions shall be taken by stenographic means and maybe audio-taped or video-taped.

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: May 21st, 2007        By:    s/ Allen D. Brufsky
                                    Allen D. Brufsky, Esq.
                                    Florida Bar Number 133980
                                    475 Galleon Drive
                                    Naples, Florida 34102
                                    (239)-963-9641 (tel)
                                    (239)-263-3441 (fax)
                                    abrufs@aol.com (Email)
                                    *Attorneys for the Plaintiff,*
                                    *F & G Research, Inc*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st, day of May, 2007, a true and correct copy of the foregoing document was served via facsimile, email, and confirmation copy via US Mail on:

Gregory Hillyer, Esq.
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-3309 (fax)


Ramsey Al-Salam, Esq.
PERKINS COIE, LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
(206) 359-7385 (fax)

                                                       s/ Allen D. Brufsky
                                                      Allen D. Brufsky, Esq.