UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60905-cv-ALTONAGA/TURNOFF

F & G RESEARCH, INC.,

    Plaintiff,
vs.

GOOGLE, INC.,

    Defendant.
_____/

### ORDER REQUIRING EXPEDITED BRIEFING AND NOTICE OF HEARING

**THIS CAUSE** is before the Court upon Plaintiff, F & G Research, Inc.'s ("F & G"), Motion to Compel Discovery and for Sanctions **[D.E. 71]** which was filed on June 3, 2007.

The record reveals that the claim construction briefs in this matter are due on June 29, 2007. In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the within Motion **[D.E. 71]** shall be briefed in an expedited manner. Defendant shall file its response to same by close of business on **Friday, June 8, 2007**. Any reply by Plaintiff shall be filed by close of business on **Monday, June 11, 2007**.

**PLEASE TAKE NOTICE** that a hearing on the above-captioned Motion **[D.E. 71]** shall take place on **June 15, 2007 at 2:00 p.m.** before the undersigned United States Magistrate Judge, 300 N.E. First Avenue, Courtroom X, Miami, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of June 2007.

                                      William C. Turnoff
                                      United States Magistrate Judge

cc:    Hon. Cecilia M. Altonaga
        Counsel of Record