UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## REQUEST FOR TELEPHONIC APPEARANCE AT THE JUNE 15, 2007 HEARING

Counsel for Plaintiff, F & G Research, Inc. ("F&G"), respectfully requests this Court's permission to attend the Hearing on Plaintiff's Motion to Compel Discovery and for Sanctions, scheduled for June 15, 2007 at 2:00 p.m. by telephone and states:

Plaintiff F&G filed its Motion to Compel Discovery and for Sanctions on June 3, 2007. This Court entered an order on June 4, 2007, ordering an expedited briefing and a Notice of Hearing on June 15th.

Counsel for Plaintiff is scheduled for surgery on August 14, 2007 in Pittsburgh, Pennsylvania. With this Court's permission, Counsel will make himself available for a telephonic appearance, while in Pittsburgh, as he will not be able to commute back to the jurisdiction in time for a physical appearance at the hearing.

Alternately, counsel for Plaintiff will be available for a hearing any day during the following week, June 18th thru the 22nd.

Dockets.Justia.com

The undersigned certifies that he has conferred with counsel for Google Inc. and Defendant Google is not opposed to counsel for F&G appearing at the hearing telephonically.

WHEREFORE, counsel for Plaintiff respectfully requests this Court's permission to appear via telephone for the hearing scheduled on June 15, 2007, on the Plaintiff's Motion to Compel Discovery and for Sanctions.

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: June 6, 2007          By:     s/Allen D. Brufsky
                                     Allen D. Brufsky, Esq.
                                     Florida Bar Number 133980
                                     475 Galleon Drive
                                     Naples, Florida 34102
                                     (239)-963-9641 (tel)
                                     (239)-263-3441 (fax)
                                     abrufs@aol.com (Email)
                                     *Attorneys for the Plaintiff,*
                                     *F & G Research, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this  6th , day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam,** and I certify that I have mailed the foregoing document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

s/ Allen D. Brufsky
Allen D. Brufsky, Esq.