UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

### ORDER GRANTING TELEPHONIC APPEARANCE OF COUNSEL FOR F & G RESEARCH, INC. AT THE HEARING SCHEDULED FOR JUNE 15, 2007

**THIS CAUSE** came before the Court upon the Request for Telephonic Appearance at the Hearing Scheduled for June 15, 2007. The Court having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED and ADJUDGED** that Counsel for F & G Research, Inc. may attend the June 15, 2007 Hearing on the Motion to Compel Discovery and Sanctions.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2007.

                                                  WILLIAM C. TURNOFF
                                                UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsels of record