# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## JOINT MOTION TO ATTEND HEARING BY TELEPHONE

The Parties, Google Inc. ("Google") and F&G Research, Inc. ("F&G"), by and through their respective counsel, hereby jointly file this Motion To Attend Hearing By Telephone ("Motion"), and in support thereof, respectfully states as follows.

1. By Order dated June 4, 2007, Magistrate Judge Turnoff set a hearing on F&G's Motion to Compel Discovery and for Sanctions (D.E. 71; filed June 3, 2007) for June 15, 2007 ("Order") (D.E. 74). The Order indicated that the hearing was being set on this date because the claims construction briefs are due on June 29, 2007.

2. Lead counsel for Google, Ramsey Al-Salam, and in-house counsel for Google, Catherine Lacavera, both wish to attend the hearing. Mr. Al-Salam is a Partner in Seattle, Washington office of Perkins Coie. Ms. Lacavera works at Google's headquarters in Mountain View, California.

3. Lead Counsel for F&G, Allen Brufsky, will be out of town on June 15th, due to a prior commitment.

4. Accordingly, given the time-frame for the hearing, the location of counsel and certain scheduling conflicts, counsel for the Parties respectfully request the Court's permission to attend the June 15th hearing by telephone.

5. A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 6th day of June, 2007.

| | |
|---|---|
| s/ Allen Brufsky | s/ Gregory L. Hillyer |
| Allen Brufsky, Esq. | Gregory L. Hillyer, Esq. |
| Florida Bar Number 133980 | Florida Bar Number 682489 |
| abrufs@aol.com | GHillyer@feldmangale.com |
| ALLEN BRUFSKY, P.A. | FELDMAN GALE, P.A. |
| 475 Galleon Drive | Miami Center – 19th Floor |
| Naples, Florida 34102 | 201 South Biscayne Boulevard |
| Telephone: (239) 963-9641 | Miami, Florida 33131 |
| Facsimile: (239) 263-3441 | Telephone: (305) 358-5001 |
| | Facsimile: (305) 358-3309 |
| *Attorneys for Plaintiff, F&G Research, Inc.* | |
| | *Attorneys for Defendant, Google Inc.* |