# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## ORDER ON JOINT MOTION TO ATTEND HEARING BY TELEPHONE

THIS CAUSE is before the Court upon the Parties' Joint Motion to Attend Hearing by Telephone ("Motion"). The Court, having considered the Motion, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion is GRANTED. Counsel for the Parties shall be permitted to attend the hearing set for June 15, 2007 by telephone.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of June, 2007.

                                                                            _____
                                                                            William C. Turnoff
                                                                            United States District Judge

<u>Copies Furnished To</u>:

Counsel of Record