# EXHIBIT 3

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on February 22, 2007, upon Defendant,

Google Inc.'s Motion for Summary Judgment and for Attorneys' Fees [D.E. 43], filed on December

12, 2006. In its presentation, Defendant referred to PowerPoint slides and cited to certain

unpublished Southern District of Florida case law. Accordingly, it is

**ORDERED** that Defendant provide copies of both the PowerPoint slides and all unpublished

case law Defendant referred to in its presentation to the Court, forthwith.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 7th day

of March, 2007.

_Cecilia M. Altonaga_

_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record