UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

    Plaintiff,
vs.

**GOOGLE INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Google Inc.'s ("Google['s]") Opposition to Plaintiff's Motion to Compel Discovery and for Sanctions, and Cross-Motion to Stay Discovery Pending Resolution of Summary Judgment Motion [D.E. 80], filed on June 8, 2007. The parties are currently scheduled to appear before Magistrate Judge William C. Turnoff for a hearing on Plaintiff, F & G Research, Inc.'s ("F&G['s]") Motion to Compel Discovery and for Sanctions [D.E. 71]. Because Google's Cross-Motion includes a request to stay all discovery, its resolution may obviate the need for the parties' hearing before Magistrate Judge Turnoff. Accordingly, it is

**ORDERED AND ADJUDGED** that F&G shall file a response to Google's Cross-Motion by 12 p.m. on **June 13, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 11th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     Magistrate Judge William C. Turnoff
          counsel of record