UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**NOTICE OF WITHDRAWAL OF MOTION
TO COMPEL DISCOVERY AND FOR SANCTIONS**

Plaintiff F & G Research, Inc. ("F&G), by and through its undersigned counsel, hereby withdraws its the Motion to Compel Discovery and Sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, as the parties came to an agreement to conduct the deposition of Brian McClendon.

WHEREFORE, Plaintiff respectfully requests that the hearing scheduled for today, Friday June 15, 2007 at 2:00 p.m., before the Honorable Magistrate Judge William C. Turnoff, on said motion be cancelled.

Dockets.Justia.com

                              Respectfully submitted,

                              ALLEN D. BRUFSKY, PA

Dated: June 15, 2007        By:    s/ Allen D. Brufsky
                                          Allen D. Brufsky, Esq.
                                          Florida Bar Number 133980
                                          475 Galleon Drive
                                          Naples, Florida 34102
                                          (239)-963-9641 (tel)
                                          (239)-263-3441 (fax)
                                          abrufs@aol.com (email)
                                          *Attorneys for the Plaintiff,*
                                          *F & G Research, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th, day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam,** and I certify that I have mailed the foregoing document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

                                                              s/ Allen D. Brufsky
                                                              Allen D. Brufsky, Esq.