UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60905-cv-ALTONAGA/TURNOFF

F & G RESEARCH, INC.,

    Plaintiff,
vs.

GOOGLE, INC.,

    Defendant.
_____/

### ORDER DEEMING MOOT PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS AND CANCELING HEARING

**THIS CAUSE** is before the Court upon Plaintiff, F & G Research, Inc.'s ("F & G"), Motion to Compel Discovery and for Sanctions **[D.E. 71]**, and Plaintiff's Notice of Withdrawal of Motion to Compel Discovery and for Sanctions **[D.E. 92]**.

Upon review of the Motion **[D.E. 71]**, the Notice **[D.E. 92]**, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion **[D.E. 71]** is **DEEMED MOOT**.

**PLEASE TAKE NOTICE** that the hearing previously scheduled to take place on **June 15, 2007 at 2:00 p.m.** is **CANCELED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of June 2007.

    **William C. Turnoff**
    **United States Magistrate Judge**

cc:    Hon. Cecilia M. Altonaga
       Counsel of Record