## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.,**

       Plaintiff,

vs.

**GOOGLE INC.,**

       Defendant.

_____/

### <u>ORDER</u>

      **THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On April 12, 2007, the Court issued its Order requiring the parties to submit claim construction briefs on June 29, 2007, with rebuttal briefs due on July, 16, 2007. The Order also scheduled a Markman hearing for August 1, 2007. On June 7, 2007, however, Defendant, Google Inc. ("Google"), filed a Motion for Reconsideration of Summary Judgment Order or, in the Alternative, for Summary Judgment on Issue of Direct Infringement [D.E. 77]. The Court's adjudication of Google's Motion may obviate the need for the Court to conduct a claim construction. Accordingly, it is

      **ORDERED AND ADJUDGED** that the deadlines relating to claim construction, including the dates for the opening briefs, rebuttal briefs and the Markman hearing, are continued until further notice.

Dockets.Justia.com

Case No. 06-60905-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 18th

day of June, 2007.

_Cecilia M. Altonaga_
_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record

2