UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR F&G RESEARCH, INC. TO RESPOND TO GOOGLE, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON DIRECT INFRINGEMENT**

    F&G Research, Inc. ("F&G") and Google, Inc. ("Google"), by and through their respective counsel, hereby file this Joint Motion for Enlargement of Time for F&G to respond to Google's Motion for Reconsideration or, in the Alternative, for Summary Judgment on Direct Infringement, and in support thereof, respectfully states as follows.

    1.    Google filed its Motion for Reconsideration of Summary Judgment Order or, in the Alternative, for Summary Judgment on the Issue of Direct Infringement on June 6, 2007. ("Motion") [D.E. #77]. F&G's response is due by June 21, 2007. [See D.E. #78]

    2.    Counsel for the Parties respectfully request that F&G have until July 27, 2007 to file its response to Google's Motion.

    3.    The extension is for the purpose of giving F&G an opportunity to take limited discovery, consisting of the deposition of Brian McClendon, currently scheduled for July 13, 2007.

    4.    A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 21st day of June, 2007.

s/ Allen Brufsky
Allen Brufsky, Esq.
Florida Bar Number 133980
abrufs@aol.com
ALLEN BRUFSKY, P.A.
475 Galleon Drive
Naples, Florida 34102
Telephone: (239) 963-9641
Facsimile: (239) 263-3441

*Attorneys for Plaintiff, F&G Research, Inc.*

FELDMAN GALE, P.A.

s/ Christina DeAngelis
Christina D. DeAngelis (Fla. Bar 664456)
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Tel: 305-358-5001
Fax: 305-358-3309

Ramsey M. Al-Salam, (*Pro Hac Vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000
ralsalam@perkinscoie.com

*Attorneys for Defendant Google Inc.*