# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME FOR F&G RESEARCH, INC. TO RESPOND TO GOOGLE, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON DIRECT INFRINGEMENT

THIS CAUSE is before the Court upon the Parties' Joint Motion for Enlargement of Time for F&G to respond to Google's Motion for Reconsideration or, in the Alternative, for Summary Judgment on Direct Infringement ("Motion for Enlargement of Time"). The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion for Enlargement of Time is GRANTED. F&G shall have up to and including Friday, July 27, 2007 to file its response to Google's Motion for Reconsideration or, in the Alternative, for Summary Judgment on Direct Infringement.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of June, 2007.

                                                     CECILIA M. ALTONAGA
                                                     United States District Judge

Copies Furnished To:
Counsel of Record