UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

### ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME FOR F&G RESEARCH, INC. TO RESPOND TO GOOGLE, INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON DIRECT INFRINGEMENT

**THIS CAUSE** is before the Court upon the Parties' Joint Motion for Enlargement of Time for F&G to respond to Google's Motion for Reconsideration or, in the Alternative, for Summary Judgment on Direct Infringement ("Motion for Enlargement of Time") [D.E. 98]. The Court, having considered the Motion for Enlargement of Time, and otherwise being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

The Motion for Enlargement of Time [D.E. 98] is **GRANTED**. F&G shall have up to and including Friday, July 27, 2007 to file its response to Google's Motion for Reconsideration or, in the Alternative, for Summary Judgment on Direct Infringement.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 21st day of June, 2007.

                                              CECILIA M. ALTONAGA
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Magistrate Judge William C. Turnoff
counsel of Record