## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

            Plaintiff,

vs.

GOOGLE INC.,

            Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON THE ISSUE OF DIRECT INFRINGEMENT

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant Google, Inc.'s Motion for Reconsideration or in the Alternative, for Summary Judgment on the Issue of Direct Infringement. The Court having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that said motion is GRANTED.  Plaintiff F & G Research, Inc. shall have up to and including August 27, 2007, to respond to the Google's Motion for Reconsideration or in the Alternative, Motion for Summary Judgment on the Issue of Direct Infringement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____, day of July 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com