## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.,**

      Plaintiff,

vs.

**GOOGLE INC.,**

      Defendant.

_____/

### <u>ORDER</u>

**THIS CAUSE** came before the Court upon Plaintiff, F & G Research, Inc.'s ("F&G['s]")

Motion for Extension to Respond to Defendant's Motion for Reconsideration or, in the Alternative,

for Summary Judgment on Issue of Direct Infringement [D.E. 101], filed on July 20, 2007.

On June 6, 2007, Defendant, Google Inc. ("Google"), filed its Motion for Reconsideration

of Summary Judgment Order or, in the Alternative, for Summary Judgment on Issue of Direct

Infringement (the "Motion for Reconsideration") [D.E. 77]. In its Motion for Reconsideration,

Google requests that the Court reconsider its March, 7, 2007 Order, in which it granted Google's

Motion for Summary Judgment and dismissed all but F&G's direct infringement claim. Google

contends that the Court erred when it did not construe Google's Motion for Summary Judgment to

apply to F&G's direct infringement claim. On June 21, 2007, the Court issued an Order providing

F&G with an additional month to file its Response to the Motion for Reconsideration. F&G's present

Motion requests an additional month to file its Response.

Although F&G has had ample time to conduct discovery, it has not taken full advantage of

the lengthy discovery period. For example, F&G waited nearly five months after it was made aware

Dockets.Justia.com

Case No. 06-60905-CIV-ALTONAGA/Turnoff

of Google's intention to file its Motion for Summary Judgment to issue its first discovery request to Google in February 2007. In a similar vein, F&G now requests an additional month to propound additional discovery requests, which it claims arise from information learned during the deposition of Brian McClendon. The undersigned has reviewed Mr. McClendon's deposition and fails to see why F&G could not have requested the "follow-up" discovery at an earlier date.

This case has been pending for over a year, and the undersigned does not find cause to permit any further delays. In light of the full briefing of this Motion, however, the Court will provide F&G an additional week to file its Response. No further extensions shall be given. Accordingly, it is

**ORDERED AND ADJUDGED** that F&G's Motion **[D.E. 101]** is **GRANTED-IN-PART**. F&G shall have until **August 3, 2007** to file its Response to Google's Motion for Reconsideration.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of July, 2007.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record

2