UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE TO FILE UNDER SEAL ITS REPLY AND SUPPORTING EXHIBITS TO GOOGLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO EFENDANT'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON THE ISSUE OF DIRECT INFRINGEMENT**

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to File Under Seal its Reply and Supporting Exhibits to Defendant's Opposition to Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Reconsideration, or in the Alternative, For Summary Judgment on the Issue of Direct Infringement. The Court having reviewed the records and being otherwise advised in the premises, it is,

**ORDERED AND ADJUDGED** that said motion is GRANTED. Plaintiff's Reply and Supporting Exhibits to Defendant's Opposition to Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Reconsideration, or in the Alternative, For Summary Judgment on the Issue of Direct Infringement shall be filed under seal.

1

F & G Research, Inc. v. Google, Inc.   Doc. 107

Dockets.Justia.com

DONE AND ORDERED in Chambers in Miami, Florida this 27, day of July 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsels of record