F & G Research, Inc. v. Google, Inc.                                                                                                                    Doc. 108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

**F & G RESEARCH INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT
OF DIRECT INFRINGEMENT, AND IN THE ALTERNATIVE FOR ACTIVE
INDUCEMENT OF INFRINGEMENT**

    Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, hereby moves under *Fed. R. Civ. P.* 56 and the local rules of this Court for summary judgment, resulting from defendant's infringement of the patent-in-suit. Based on discovery submitted to the Court, no dispute of material fact exists with regard to this motion and F&G is entitled to summary judgment. A separate Memorandum of Law in support of this Motion is being filed under seal.

    Further, attached to this Motion is a Statement of Undisputed Facts as required by the local rules.

    WHEREFORE, Plaintiff F&G prays this court granted the requested relief herein.

1

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: August 2, 2007    By:    s/Allen D. Brufsky
Allen D. Brufsky, Esq.
Florida Bar Number 133980
475 Galleon Drive
Naples, Florida 34102
(239)-963-9641 (tel)
(239)-263-3441 (fax)
abrufs@aol.com (email)
*Attorneys for the Plaintiff,*
*F & G Research, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd, day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam,** and I certify that I have mailed the foregoing document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

s/ Allen D. Brufsky
Allen D. Brufsky, Esq.