UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## ORDER GRANTING F & G RESEARCH INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT, AND IN THE ALTERNATIVE FOR ACTIVE INDUCEMENT OF INFRINGEMENT

**THIS CAUSE** came before the Court upon Plaintiff's Cross Motion for Summary Judgment of Direct Infringement and in the Alternative for Active inducement of Infringement. Based on the parties' arguments and after due consideration, it is:

**ORDERED and ADJUDGED** that said motion is GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2007.

                              CECILIA M. ALTONAGA
                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsels of record