UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

**NOTICE OF CORRECTION TO
F & G RESEARCH, INC.'S SUPPORTING MEMORANDUM TO ITS RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT RE: DEFENDANT'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON THE ISSUE OF DIRECT INFRINGEMENT**

Plaintiff, F & G Research, Inc. ("F&G"), by and through its undersigned counsel, hereby gives notice of correction to Memorandum in Response to and Cross Motion for Summary Judgment re: Defendant's Motion for Reconsideration, or in the Alternative, For Summary Judgment on the Issue of Direct Infringement, as follow:

Footnote 7, page 9, should read:

"The navigation compass is not only used by Google in connection with GE, but is used universally in other advertisements provided by Google to move the display associated with the navigation compass. Such an example is illustrated in www.smartcar.com, and more particularly, http://www.thesmart.motortrak.com/retailer_locator/national_locator.php." wherein, the navigation compass is employed to move across a map illustrating where a smart car can be purchased. Therefore, GE is only the first use by Google of a navigation compass and it will employ it in various paid advertisements and their progeny."

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: August 3, 2007        By:     s/Allen D. Brufsky
                                     Allen D. Brufsky, Esq.
                                     Florida Bar Number 133980
                                     475 Galleon Drive
                                     Naples, Florida 34102
                                     (239)-963-9641 (tel)
                                     (239)-263-3441 (fax)
                                     abrufs@aol.com (email)
                                     *Attorneys for the Plaintiff,*
                                     *F & G Research, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3nd, day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam,** and I certify that I have mailed the foregoing document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

                                     s/ Allen D. Brufsky
                                     Allen D. Brufsky, Esq.