# EXHIBIT B

Dockets.Justia.com

Subj: **RE: claim construction**
Date: 2/12/2007 6:55:03 P.M. Eastern Standard Time
From: RMcBrayer@perkinscoie.com
To: ABrufs@aol.com
CC: RAlsalam@perkinscoie.com, ghillyer@feldmangale.com, NReynolds@perkinscoie.com

Allen,

I summarized our agreement about how means-plus-function limitations and how to construe the terms at the start of claim 12 if the judge decides they are limitations. This summary is longer and more detailed than your email below. Please contact me if you do not agree with this.

As you saw, we filed the joint motion for an extension of the briefing deadlines this afternoon.

Best Regards,
Ryan


**From:** ABrufs@aol.com [mailto:ABrufs@aol.com]
**Sent:** Monday, February 12, 2007 9:18 AM
**To:** McBrayer, Ryan J. (Perkins Coie)
**Subject:** claim construction

Dear Ryan:

This will summarize our position expressed to you during our telephone conversation of even date.

We are asserting claim 12 of the '229 patent v. Google.It has been our position that the claims need not be interpreted as to the meaning of the terms. These are clearly expressed in the specification of the patent and with regard to means +function terms , if properly included in the method, the terms are limited by 35 USC 112 to what is disclosed **or their equivalent.**

**What must be determined is whether the structure recited in claim 12 are limitations on the method claimed or are to be considered as merely a background preamble ?** Succinctly stated, is the mouse a part of the claim or just one exemplary tool for performing the method steps?This, in our opinion, is the issue that is ripe for claim construction by the Court.

Allen

/s/ allen d. brufsky
Allen D. Brufsky, PA
475 Galleon Drive
Naples, Florida 34102
Tel:239-963-9641
Fax:239-263-3441
Email:abrufs@aol.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.