UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

        Plaintiff,

vs.

GOOGLE INC.,

        Defendant.

**PLAINTIFF'S UNOPPOSED REQUEST FOR HEARING RE:**

**(1) MOTION FOR RECONSIDERATION ON MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTIO FOR SUMMARY JUDGMENT ON ISSUE OF DIRECT INFRINGEMENT**

**(2) CROSS MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT AND IN THE ALTERNATIVE FOR ACTIVE INDUCEMENT OF INFRINGEMENT**

F & G Research, Inc. ("F&G"), by and through its undersigned counsel, pursuant to Local Rules 7.1.B.1 and 7.5, hereby files this Request for a Hearing on Defendant's Motion for Reconsideration on Motion for Summary Judgment or, in the Alternative, for Summary Judgment on the Issue of Direct Infringement and on Plaintiff's Cross Motion for Summary Judgment of Direct Infringement and in the Alternative for Active Inducement of Infringement, and in support states as follows:

The pending motions have been fully briefed by both parties, however, a hearing is being requested so that the parties may further address the reasons why, as a matter of law, whether the Court should or should not reconsider its earlier ruling on motion for summary judgment on the

1

Dockets.Justia.com

matter of direct infringement; the Court should grant or deny a ruling on the matter of direct infringement; the Court should grant or deny a ruling for active inducement of infringement of the 229 patent. A hearing on the pending matters before this Court would be beneficial to both parties and to the court, in that both parties can fully present further arguments, address any questions or concerns the Court may have, and address any opposition raised by either party.

The estimated time required to conduct the hearing will be approximately two (2) hours, subject to the Court's discretion.

In accordance with Local Rule 7.1.A.3., the undersigned certifies that both parties conferred in a good faith effort to resolve the issues raised herein and that Google does not oppose Plaintiff's Request for a Hearing on the issues put forth in the pending motions for summary judgment.

WHEREFORE, F&G respectfully requests that this Court grant the Request for Hearing.

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: August 24, 2007               By:      s/Allen D. Brufsky
                                              Allen D. Brufsky, Esq.
                                              Florida Bar Number 133980
                                              475 Galleon Drive
                                              Naples, Florida 34102
                                              (239)-963-9641 (tel)
                                              (239)-263-3441 (fax)
                                              abrufs@aol.com (email)
                                              *Attorneys for the Plaintiff,*
                                              *F & G Research, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __24th__ , day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record: **Gregory Hillyer and Ramsey Al-Salam,** and I certify that I have mailed the foregoing document to the following parties or counsel of record who are non-CM/ECF participants: NONE.

s/ Allen D. Brufsky
Allen D. Brufsky, Esq.
