# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

  Plaintiff,

vs.

**GOOGLE INC.**,

  Defendant.

_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Request for Hearing on Defendant's Motion for Reconsideration on Motion for Summary Judgment or, in the Alternative, for Summary Judgment on the Issue of Direct Infringement and on Plaintiff's Cross Motion for Summary Judgment of Direct Infringement and in the Alternative for Active Inducement of Infringement [D.E. 117]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Request for Hearing **[D.E. 117]** is **GRANTED**. The undersigned shall hear oral arguments on all pending motions on **Wednesday, September 5, 2007 at 9:00 a.m.** in the 4th floor courtroom at 301 North Miami Avenue, Miami, Florida 33128. Two hours have been reserved for this hearing. The parties are to contact the Court's courtroom deputy if additional or less time will be required for the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2007.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
   counsel of record