UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

  Plaintiff,

v.

GOOGLE INC.,

  Defendant.

## ORDER GRANTING AGREED MOTION TO ACCESS THE COURTHOUSE WITH ELECTRONIC DEVICES

THIS CAUSE having come before the Court upon Defendant Google Inc.'s Agreed Motion to Access the Courthouse with Electronic Devices ("Motion"), and the Court having considered the Motion and being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUGED that the Motion is hereby GRANTED. It is:

FURTHER ORDERED AND ADJUDGED that the U.S. Marshall shall allow Christina DeAngelis, counsel for Google Inc., to enter the Courthouse at 301 North Miami Avenue, Miami, Florida 33128 on Wednesday, September 5, 2007 at 9:00 am. for the hearing on Google's Motion for Reconsideration on its Motion for Summary Judgment or, in the Alternative, for Summary Judgment on the Issue of Direct Infringement and on Plaintiff's Cross Motion for Summary Judgment of Direct Infringement and in the Alternative for Active Inducement of Infringement, with the following:

  1. One ASK Proxima C185 Projector, Serial Number ATPV64300182, including In Focus Remote and power and adaptor cords; and

      2.      One HP Compaq nc6000 laptop, Serial Number CNU450F3WT, including power cords.

A copy of this Order will be forwarded to the office of the United States Marshall for verification as required by law.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this __th day of August, 2007.

                                                CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record
Magistrate Judge William C. Turnoff
U.S. Marshall