# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

F&G RESEARCH, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## ORDER GRANTING AGREED MOTION TO ACCESS THE COURTHOUSE WITH ELECTRONIC DEVICES

THIS CAUSE having come before the Court upon Defendant Google Inc.'s Agreed Motion to Access the Courthouse with Electronic Devices ("Motion") [D.E. 119]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [D.E. 119] is **GRANTED**. The U.S. Marshal shall allow Christina DeAngelis, counsel for Google Inc., to enter the Courthouse at 301 North Miami Avenue, Miami, Florida 33128 on Wednesday, September 5, 2007 at 9:00 am. for the hearing on Google's Motion for Reconsideration on its Motion for Summary Judgment or, in the Alternative, for Summary Judgment on the Issue of Direct Infringement and on Plaintiff's Cross Motion for Summary Judgment of Direct Infringement and in the Alternative for Active Inducement of Infringement, with the following:

1.         One ASK Proxima C185 Projector, Serial Number ATPV64300182, including In Focus Remote and power and adaptor cords; and

2.         One HP Compaq nc6000 laptop, Serial Number CNU450F3WT, including power cords.

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

A copy of this Order will be forwarded to the office of the United States Marshal for verification as required by law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2007.

_Cecilia M. Altonaga_

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished to:

counsel of record
Magistrate Judge William C. Turnoff
U.S. Marshal