# EXHIBIT B

**From:** ABrufs@aol.com
**Sent:** Monday, August 27, 2007 3:35 PM
**To:** RAlsalam@perkinscoie.com
**Subject:** F&G's Discovery Requests

Dear Ramsey:

The responses to F&G's discovery requests are wholly inadequate. We are writing this letter in order to see if we can resolve the issues before bringing on a motion to compel.

First, as you are well aware, we entered into a stipulation covering any testimony by McClendon, the software designer of Google Earth, being subject to ATTORNEY'S EYES only (IE outside counsel)This agreement would cover any confidential information supplied in answer to the interrogatories, request for production and admissions.

Furthermore, in almost all the replies it is stated that "source code" is "human-readable" and that it does not "directly" perform anything of what we ask that it does, but what it doesn't say is what that it doesn't do. This appears to be an effort to confuse the Court and requires clarification.

It is stated that the source code cannot do what we ask, if it does it "directly", and this, of course, is true. The "Source Code", however, needs to be "Compiled" to effectively execute the requested actions.
In computer science, Source Code (commonly just source or code) is any sequence of statements and/or declarations written in some human-readable computer programming language. Source code is primarily used as input to the process that produces an executable program. A computer program's source
code is the collection of files needed to convert from human-readable form to some kind of
computer-executable form. The source code may be converted into an executable file by a compiler.

Programmers write "Source Codes", not executable programs, **directly**. That is what is meant in our requests for Admissions by use of the term. It is stated in the reply what the SourceCode doesn't do "this or that" directly, not what the executable program does. If we had the source code, as requested, the Court can then determine what the executable program is directed to do. Otherwise, a clear indication of the steps performed by the executable program in the software is necessary, rendering the Answers incomplete.
It is also say that "Joystick Sub-element of theNavigation Compass" is ambiguous. It is curious that this term is used by Google itself in the Google Earth User Manual, which clearlyidentifies it!
See http://earth.google.com/userguide/v4/

We therefore expect that the responses be completed immediately.

Allen

/s/ Allen D. Brufsky
Allen D. Brufsky, P.A
475 Galleon Drive
Naples, FL 34102
tel: (239) 963-9641
fax: (239) 263-3441
cell: (239) 851-0403
email:
abrufs@aol.com
allen@abpalaw.com


Get a sneak peek of the all-new AOL.com.

9/4/2007