# EXHIBIT C

**Franzen report in support to our response to Creative**

**Brief introductory description of relevant basic concepts:**

A pointing device (ie, mouse) is any computer hardware component (specifically human interface device) that allows a user to input spatial (ie, continuous and multi-dimensional) data to a computer. A mouse (plural mice or mouses) device is under direct control by a human user, who uses it to communicate commands or other information to be processed by the computer, which may then transmit feedback to the user through a display device.

A mouse operates by detecting two-dimensional (x and y) motion relative to its supporting surface.

A device driver is software that abstracts the functionality of a physical device. A mouse driver is a computer program allowing higher-level computer programs to interact with a computer mouse device. The mouse driver software in the system converts the signals into motion of the mouse pointer along X and Y axes on the screen.

A mouse event is a message sent by a system object to signal the occurrence of an action. The action caused by user interaction (ie, such as a mouse click). It provides information about the current state of the mouse, including the location of the mouse pointer in client coordinates, and which mouse buttons are pressed.

To consummate an event in an application, said application must provide an event handler (an event-handling method) that executes program logic in response to the event and register the event handler with the event source. This process is referred to as "event wiring".

When the user moves the mouse, the operating system moves the mouse pointer. The mouse pointer contains a single pixel, called the hot spot, which the operating system tracks and recognizes as the position of the pointer. When the user moves the mouse or presses a mouse button, the Control that contains the hot spot raises the appropriate mouse event. An application subsequently use mouse location information to perform "hit-testing", and then perform a custom action based on the location of the mouse.

Receiving and handling mouse input is an important part of every Windows application. An Application can handle mouse events to perform an action, or use mouse location information to perform hit testing or other actions. In addition, it can change the way the controls in the application handle mouse input.

| **Claim 12:** | **What happens in the computer hardware-** |
|---|---|

|  | software environment |
|---|---|
| a) Analyzing a trail of said cursor at periodic time intervals; | The mouse driver analyzes a trail of said cursor at periodic time intervals and enables the operating system to understand the mouse signals. The mouse driver tells the operating system how to interpret the mouse's IC data stream including speed, direction, and clicked commands. In addition, the operating system moves a mouse pointer in the display. |
| b) Dynamically setting a status variable according to a dominant axis of said cursor trail at said time intervals; | The mouse driver sets a status variable according to a dominant axis of said cursor trail at said time intervals, and the operating system informs to the handlers of the applications the mouse events related to clicking a mouse button and tracking mouse movements. |
| c) according to the status variable determined in step b), setting a scrolling axis to a direction option, said direction options including an up-down option; a left-right option and a in-out option; | An event handler of the application receives a mouse event related to tracking mouse movements and then performs the appropriate application logic, for example setting a scrolling axis to a direction option, according to the status variable determined in step b) |
| d) scrolling in a scrolling direction along said scrolling axis determined in step c) according to a sign of said supplementary control signal and the status of said status variable. | The application, scrolls in a scrolling direction along said scrolling axis determined in step c) |
| **Claim 13:** | |
| Method as defined in claim 12, further comprising scrolling in said scrolling direction at a rate determined by said magnitude of said supplementary control signal. | The mouse driver enables the operating system to understand the mouse supplementary control signals; consequently, said operating system provides to the handlers of the applications, the mouse events related to supplementary control signal. An event handler of the application receives a mouse event related to supplementary signal and then performs the scrolling in said scrolling direction at a rate determined by said magnitude of said supplementary control signal. |
| **Claim 14:** | |
| Method as defined in claim 12, wherein said supplementary control signal is a periodic signal and comprising scrolling in said scrolling direction at a rate determined by said period of said periodic signal. | The driver enables the operating system to understand the mouse supplementary control signals and the operating system provides to the handlers of the application, the mouse events related to supplementary control signal. An event handler of the application receives a |

mouse event related to supplementary signal and then performs the scrolling in said scrolling direction at a rate determined by said period of said periodic signal.