UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

       Plaintiff,

vs.

GOOGLE INC.,

       Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS UNDER RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Compel Production Discovery and for Sanctions Under Federal Rules of Civil Procedure 37(d). Based on the parties' arguments and after due consideration, it is:

**ORDERED and ADJUDGED** that said motion is GRANTED. The Court finds that Defendant's has failed to properly respond to Plaintiff's discovery requests and therefore:

1. Defendant shall immediately supplement its response to Plaintiff's Request for Admissions, Interrogatories and Request for Production within 5 days of the date of this order.

2. Plaintiff is entitled to "the reasonable expenses incurred in making the motion, including attorney's fees..." Fed. R. Civ. P. 37(a)(4)(A). Within 10 days of the date of this order, Plaintiff shall file a detailed statement of the reasonable expenses, including attorneys' fees, to which it is entitled pursuant to Rule 37. Within five days of receiving that statement, Defendant shall file any objections to the amounts to which Defendant claims it is entitled.

1

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of September, 2007.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsels of record