UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

    Plaintiff,
vs.

**GOOGLE INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, F & G Research, Inc's ("F&G['s]") Motion to Compel Discovery and Sanctions Under Federal Rule of Civil Procedure 37(d) [D.E. 122, 123], filed on September 4, 2007. For the reasons stated in open Court, it is

**ORDERED AND ADJUDGED** that F&G's Motion **[D.E. 122, 123]** is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

    1. F&G's Motion, insomuch as it pertains to interrogatory number one, is **DENIED**.

    2. F&G's Motion, insomuch as it pertains to interrogatory number two, is **GRANTED**. Defendant, Google Inc., shall provide the applicable source code as its response to interrogatory number two by **September 25, 2007**.

    3. F&G's Motion, insomuch as it pertains to F&G's request for production of documents, is **DENIED**.

    4. F&G's Motion, insomuch as it pertains to F&G's request for admissions, is **GRANTED** as to admissions seven and eight. Defendant, Google Inc., shall provide better answers to F&G by **September 25, 2007**.

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

5. F&G's Motion, insomuch as it pertains to F&G's request for admissions, is **DENIED** as to admissions one, two, three, four, five, six, nine, ten, eleven, twelve, and thirteen.

6. F&G's Motion, insomuch as it pertains to F&G's request for sanctions, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of September, 2007.

                                              *Cecilia M. Altonaga*
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
        counsel of record