# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-60905-CV
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☑ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

Dockets.Justia.com

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3                   Case 06-60905-CIV-ALTONAGA
 4
     F&G RESEARCH, INC.,
 5
                Plaintiff,
 6
                                       MIAMI, FLORIDA
 7          vs.
 8                                     SEPTEMBER 5, 2007
     GOOGLE, INC.,
 9
                Defendant.
10   ------------------------------------------------------
11                 TRANSCRIPT OF ORAL ARGUMENT
                 BEFORE THE CECILIA M. ALTONAGA,
12                UNITED STATES DISTRICT JUDGE
13   APPEARANCES:
14   FOR THE PLAINTIFF:
                              ALLEN DAVID BRUFSKY, ESQ.
15                            475 Galleon Drive
                              Naples, FL 34102 - 239.963.9641
16
     FOR THE DEFENDANT:
17
                              RAMSEY M. AL-SALAM, ESQ.
18                            Perkins Coie
                              1201 3rd Avenue, Ste. 4800
19                            Seattle, WA 98101 - 306.359.8000
                              Email:  ralsalam@perkinscoi.com
20                            GREGORY L. HILLYER, ESQ.
                              Feldman Gale, P.A.
21                            One Biscayne Tower, 30th Floor
                              Miami, FL 33131 - 305.358.5001
22                            Email:  ghillyer@feldmangale.com
23                            CATHERINE LACAVERA, ESQ.
                              IP Litigation Counsel
24                            Google
                              1201 Third Avenue, Ste. 4800
25                            Seattle, WA 98101-3099 - 206.265.6385
                              clacavera@google.com
```