UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60905-CIV-ALTONAGA/Turnoff

**F & G RESEARCH, INC.**,

    Plaintiff,
vs.

**GOOGLE INC.**,

    Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court upon the Court's Order granting Defendant, Google Inc.'s ("Google['s]") Request for Attorneys' Fees and Costs; granting-in-part Defendant, Google's Motion for Reconsideration of Summary Judgment Order or, in the Alternative, for Summary Judgment on Issue of Direct Infringement; and denying Plaintiff, F & G Research, Inc.'s ("F&G['s]") Cross Motion for Summary Judgment of Direct Infringement, and in the Alternative for Active Inducement of Infringement. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Google and against Plaintiff, F&G. F&G shall take nothing from Google, and the action is **DISMISSED** on the merits, with the Court reserving jurisdiction to enter an award of attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 20th day of September, 2007.

                                                      _____
                                                      **CECILIA M. ALTONAGA**
                                                      UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge William C. Turnoff
        counsel of record
        Alan Michael Weisberg, Esq.
        Joseph Robert Englander, Esq.