



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

vs.

GOOGLE INC.,

    Defendant.

## NOTICE OF APPEAL

Plaintiff, F & G Research, Inc. ("F&G"), pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure, files this Notice of Appeal and hereby appeals to the United States Court of Appeals for the Federal Circuit from the Orders and Rulings of (1) No Contributory Infringement or No Inducement of Infringement dated March 29, 2007, (2) No Direct Infringement dated September 9/21/07, and a Final Judgment entered 9/21/07. A copy of the Order (s) and Final Judgment is attached hereto as Exhibit A, B, and C, respectively.

The requisite filing fee for this Notice of Appeal and sufficient number of copies to allow service on all counsel of record for all parties have been provided to the Clerk of the District Court.

1

Respectfully submitted,

ALLEN D. BRUFSKY, PA

Dated: October 17, 2007          By:  _____
                                      Allen D. Brufsky, Esq.
                                      Florida Bar Number 133980
                                      475 Galleon Drive
                                      Naples, Florida 34102
                                      (239)-963-9641 (tel)
                                      (239)-263-3441 (fax)
                                      abrufs@aol.com (Email)
                                      *Attorneys for the Plaintiff,*
                                      *F & G Research, Inc*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF APPEAL** is being served via US Mail this 17th day of October, 2007, addressed to:

Gregory Hillyer, Esq.
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-3309 (fax)

Ramsey Al-Salam, Esq.
PERKINS COIE, LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
(206) 359-7385 (fax)

_____
Allen D. Brufsky, Esq.