F & G Research, Inc. v. Google, Inc. Doc. 131

UNITED STATES DISTRICT COURT
Southern District of Florida

Appeal Section
305-523-5080

CLARENCE MADDOX
Clerk of Court

U.S. COURT OF APPEALS RECEIVED CLERK OCT 26 2007 ATLANTA, GA.

FILED by ___ D.C.
APPEALS
NOV 0 1 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Date: October 22, 2007

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.C.A. No. 07-15030B

IN RE:  District Court No.: 06-60905-CV-CMA

Style: F&G Research, Inc. V. Google Inc

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| x | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check ____. |
| X | First Notice of Appeal: yes |
| | Date(s) of other notice(s): ____ |
| | ____ volume(s) of pleadings; ____ volume(s) of transcripts; |
| | ____ volume(s) of exhibits/depositions; other: ____ |
| | There was no hearing from which a transcript could be made. |
| | Copy of CJA form appointing counsel enclosed. |
| | The following materials were SEALED in this court (order enclosed): ____ |
| x | The appellate docket fee has been paid  yes |
| | Date paid  10/19/07   Receipt No. 968848 |
| | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| x | The Judge or Magistrate appealed from is: Cecilia M. Altonaga |
| x | The Court Reporter(s): Barbara Medina |
| | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: ____ |
| | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____ (signature)
Collette Quinones
Deputy Clerk
10-22-07

c:  court file

□ 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100
□ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400
□ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400
□ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100
□ 300 South Sixth Street Ft. Pierce, FL 34950 772-595-9691

Dockets.Justia.com