# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 13, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788



FILED by _____ D.C.
APPEAL
NOV 1 9 2007
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeal Number: 07-15030-B**
Case Style: F & G Research, Inc. v. Google, Inc.
District Court Number: 06-60905 CV-CMA

The enclosed certified copy of the Clerk's Entry of Dismissal because the appeal was eroneously docketed is issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-3 (6-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 1 3 2007
THOMAS K. KAHN
CLERK
```

No. 07-15030-B

F & G RESEARCH, INC.,

Plaintiff-Counter-
Defendant-Appellant,

versus

GOOGLE, INC.,

Defendant-Counter-
Claimant-Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

**ENTRY OF DISMISSAL**

This appeal was erroneously docketed by the Eleventh Circuit Court of Appeals. Therefore, this appeal is hereby DISMISSED effective this 13th day of November, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Carolyn Magers
    Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

_Carolyn Magers_
Deputy Clerk
Atlanta, Georgia

ORD-50