**Form 4.** **Appeal Information Sheet**

FEDERAL CIRCUIT APPEAL INFORMATION SHEET

____ United States District Court for the _____

____ United States Court of International Trade     **2008-1092**

____ United States Court of Federal Claims

____ United States Court of Appeals for Veterans Claims

Type of case: _____ Patent Infringement _____

F & G Research, Inc.    v.    Google, Inc.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. __0:06cv60905__   Date of Judgment or Order __9/21/07 DE#129__

Cross or related appeal? _____   Date of Notice of Appeal __10/18/07__

Appellant is: ✓ Plaintiff  ____ Defendant  ____ Other (explain) _____

FEES: Court of Appeals docket fee paid?  ✓ Yes  ____ No

U.S. Appeal?  ____ Yes  ____ No

In forma pauperis?  ____ Yes  ____ No

Is this matter under seal?  ____ Yes  ✓ No

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 5 2007

JAN HORBALY
CLERK

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| F&G Research, Inc.) Alan M. Weisberg | (Google, Inc.) Gregory L. Hillyer |
|---|---|
| Christopher & Weisberg | Fledman Gale PA |
| 200 E. Las Olas Boulevard | 1 Biscayne Tower 30th Floor |
| Ft. Lauderdale, Florida 33301 Ph 954-825-1455 | 2 S. Biscayne Blvd. Miami, FL, 33131 ph 305-358-5001 |

COURT REPORTER: (Name and telephone): __Barbara Medina 305-523-5518__

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2008-1092 - F&G RESEARCH V GOOGLE

**Date of docketing:** 11/15/2007

**Appeal from:** United States District Court / Southern District of Florida
case no. 06-CV-60905

**Appellant(s):** F & G Research, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Southern District of Florida
    Ramsey M. Al-Salam
    Allen D. Brufsky

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-1092

F & G RESEARCH, INC.,

Plaintiff-Appellant,

v.

GOOGLE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Florida in case no. 06-CV-60905, Judge Cecilia M. Altonaga.

Authorized Abbreviated Caption[2]

F&G RESEARCH v GOOGLE, 2008-1092

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.