UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NO. 06-60905-CIV-ALTONAGA/Turnoff

F & G RESEARCH, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

## GOOGLE INC.'S NOTICE OF SATISFACTION OF JUDGMENT

Defendant Google Inc., by and through its undersigned attorneys of record, acknowledges satisfaction in full of the Judgment against plaintiff F & G Research, Inc. for attorneys' fees and costs entered in this matter on September 21, 2007.

The Clerk of the Court is hereby authorized and requested to enter a full satisfaction of judgment of record.

DATED this 6th day of March, 2008.

    Respectfully submitted,

    FELDMAN GALE P.A.

    By  s/ Gregory L. Hillyer
        Gregory Hillyer
        Fla. Bar No. 682489
        GHillyer@FeldmanGale.com
        One Biscayne Tower, 30th Floor
        2 South Biscayne Blvd.
        Miami, Florida 33131
        Phone: 305-358-5001
        Fax: 305-353-3309

Of Counsel:

**PERKINS COIE LLP**
Ramsey M. Al-Salam
ralsalam@perkinscoie.com
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
Telephone: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2008, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to Allen D. Brufsky, Esq., Allen Brufsky, P.A., 475 Galleon Drive, Naples, Florida 34102, and I certify that the document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  s/ Gregory L. Hillyer